JOYCE R. BRANDA
Acting Assistant Attorney General
MELINDA HAAG
United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
STEVEN Y. BRESSLER
JULIA A. BERMAN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

  P.O. Box 883
  Washington, D.C.  20044
  Telephone:  (202) 305-0167
  Facsimile:  (202) 616-8470
  Email: Steven.Bressler@usdoj.gov

Attorneys for Defendants the Attorney General, et al.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TWITTER, INC., | Case No. 14-cv-4480 |
| Plaintiff, | |
| v. | **DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |
| ERIC H. HOLDER, United States Attorney General, *et al.*, | |
| Defendants. | |

In accordance with the provisions of 28 U.S.C. § 636(c), defendants respectfully decline to have a United States Magistrate Judge conduct all further proceedings in this case and hereby request that this case be reassigned to a United States District Judge.

//

//

//

| | |
|---|---|
| Dated: October 17, 2014 | Respectfully submitted, |
| | JOYCE R. BRANDA<br>Acting Assistant Attorney General |
| | MELINDA HAAG<br>United States Attorney |
| | ANTHONY J. COPPOLINO<br>Deputy Branch Director |
| | _/s/ Steven Y. Bressler_<br>STEVEN Y. BRESSLER<br>JULIA A. BERMAN<br>Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, D.C. 20044<br>(202) 305-0167 (telephone)<br>(202) 616-8470 (facsimile)<br>Steven.Bressler@usdoj.gov |
| | *Attorneys for Defendants* |