JOYCE R. BRANDA
Acting Assistant Attorney General
MELINDA HAAG
United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
STEVEN Y. BRESSLER
JULIA A. BERMAN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

  P.O. Box 883
  Washington, D.C.  20044
  Telephone:  (202) 305-0167
  Facsimile:  (202) 616-8470
  Email: Steven.Bressler@usdoj.gov

Attorneys for Defendants the Attorney General, et al.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TWITTER, INC., | Case No. 14-cv-4480 |
|     Plaintiff, | |
|         v. | **NOTICE REGARDING CLASSIFIED DOCUMENT** |
| ERIC H. HOLDER, United States Attorney General, *et al.*, | |
|     Defendants. | |

Prior to filing or serving the Complaint in this action, plaintiff contacted the Government, through counsel, and stated that plaintiff sought to file with its Complaint plaintiff's proposed "Transparency Report" at issue in this litigation, which the Federal Bureau of Investigation had informed plaintiff contains national security information that is classified pursuant to Executive Order 13,526.  To ensure the proper and secure handling of classified information, the Department of Justice accepted the proposed Report from plaintiff on October 8, 2014, and on

that same day lodged it with a Classified Information Security Officer.[1] The Government reserved all objections that it may have regarding plaintiff's purported submission of the proposed Report or any classified information in this case. *See* October 8, 2014 Letter from Steven Y. Bressler to Michael Sussmann, Exhibit 2 filed herewith.

In order to place as much information as possible on the public record without harming national security, the Department of Justice now files with this Notice an unclassified copy of plaintiff's proposed Report, with classified national security information redacted. *See* Exhibit 1.

Dated: November 17, 2014          Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

MELINDA HAAG
United States Attorney

ANTHONY J. COPPOLINO
Deputy Branch Director

    */s/ Steven Y. Bressler*
STEVEN Y. BRESSLER
JULIA A. BERMAN
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Steven.Bressler@usdoj.gov

*Attorneys for Defendants*

---

[1] The classified document is in the custody of Department of Justice Classified Information Security Officer Scooter Slade, whom the Court may reach at 202-514-9016. Mr. Slade is not an attorney but works in the Department of Justice, Justice Management Division, Security and Emergency Planning Staff. Classified Information Security Officers such as Mr. Slade are charged with ensuring that classified information is properly safeguarded in criminal cases pursuant to the Classified Information Procedures Act ("CIPA"), as well as in civil proceedings such as this matter where CIPA does not apply. The Classified Information Security Officers thus serve in a neutral capacity providing security oversight in litigation involving classified information. *Accord* 28 C.F.R. § 17.17 (requiring government counsel to take all appropriate action to protect classified information against unauthorized disclosure, setting forth the minimum security measures necessary to protect classified information, and requiring counsel to ensure the Court's cooperation in adopting such measures).