

**U.S. Department of Justice**
Civil Division
Federal Programs Branch

| **Mailing Address** | **Overnight Delivery Address** |
|---|---|
| P.O. Box 883 | 20 Massachusetts Ave., N.W. |
| Washington, D.C. 20044 | Washington, D.C. 20001 |

Steven Y. Bressler  
Senior Counsel

Tel: (202) 305-0167
Fax: (202) 616-8470
Steven.Bressler@usdoj.gov

October 8, 2014

*<u>Via E-Mail</u>*

Michael Sussman
Perkins Coie LLP
700 13th Street, NW, Suite 600
Washington, D.C. 20005
MSussmann@perkinscoie.com

Dear Mr. Sussman:

Thank you for contacting us regarding Twitter Inc.'s intention to include a classified document as an exhibit to its planned civil complaint and for speaking with us earlier today. We write to memorialize the Government's position regarding the submission of this document.

First, we objected to the submission of a classified exhibit with the complaint and proposed instead that the parties meet and confer regarding the possible submission of this document at a later date and, if necessary, raise any dispute with the Court concerning the matter at that time. You declined that approach and indicated your intent to submit the classified document now notwithstanding any objection the Government may have.

In light of your intended course, we then discussed a process for ensuring that any submission of that classified document be undertaken through properly secure procedures. Accordingly, preserving any and all objections the Government may have to the submission and use of classified information in this case by the plaintiff, we agreed to accept the document from you this afternoon at the Robert F. Kennedy Department of Justice building and to lodge it with a Classified Information Security Officer. Once you have properly served the Government consistent with Federal Rule of Civil Procedure 4, we will also file a Notice on the public docket stating that and when we received and lodged the document for the Classified Information Security Officer. Again, as we advised you, the Government reserves all objections that it may have regarding your client's submission of this document or any classified information in this case.

Pursuant to our agreement, you may deliver the document, properly wrapped, to me this afternoon at 4:30pm as we have discussed.  I have the appropriate security clearances to receive it.

        Sincerely yours,

        *Steven Y. Bressler*
        STEVEN Y. BRESSLER