JOYCE R. BRANDA
Acting Assistant Attorney General
MELINDA HAAG
United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
STEVEN Y. BRESSLER
JULIA A. BERMAN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 616-8480
Facsimile: (202) 616-8470
Email: julia.berman@usdoj.gov

Attorneys for Defendants the Attorney General, et al.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITTER, INC., | Case No. 14-cv-4480 |
| Plaintiff, | |
| v. | |
| ERIC H. HOLDER, United States Attorney General, *et al.*, | **[PROPOSED] ORDER** |
| Defendants. | |

Pursuant to the foregoing Stipulated Request to Set a Briefing Schedule, and good cause appearing, the Court hereby sets the following schedule in connection with the Defendants' anticipated motion to dismiss the Complaint:

    1.    January 9, 2015:    Defendants' Motion to Dismiss the Complaint

    2.    February 6, 2015:    Plaintiff's Opposition to the Motion to Dismiss

3. February 20, 2015: Defendants' Reply in Support of their Motion to Dismiss

4. <u>March 10, 2015</u> : Hearing on Defendants' Motion to Dismiss

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: <u>December 5</u>, 2014

Hon. Yvonne Gonzalez-Rogers
United States District Judge