1 | Eric D. Miller, Bar No. 218416
EMiller@perkinscoie.com
2 | Michael A. Sussmann, D.C. Bar No. 433100
(*pro hac vice*)
3 | MSussmann@perkinscoie.com
James G. Snell, Bar No. 173070
4 | JSnell@perkinscoie.com
Hayley L. Berlin, D.C. Bar No. 1011549
5 | (*pro hac vice*)
HBerlin@perkinscoie.com
6 | PERKINS COIE LLP
3150 Porter Drive
7 | Palo Alto, CA 94304-1212
Tel: 650-838-4300
8 | Fax: 650-838-4350

9 | Attorneys for Plaintiff
Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TWITTER, INC., | Case No. 14-cv-04480-YRG |
| Plaintiff, | **[PROPOSED] ORDER SETTING REVISED BRIEFING SCHEDULE** |
| v. | |
| ERIC H. HOLDER, United States Attorney General, *et al.*, | |
| Defendants. | |

Pursuant to the parties' Stipulated Request to Set a Revised Briefing Schedule, and good cause appearing, the Court hereby sets the following revised schedule in connection with the Defendants' Partial Motion to Dismiss:

1. February 17, 2015: amicus briefs , if any, due;
2. March 4, 2015: Defendants' Reply due; and

3. <u>March 31, 2015</u> at 2:00 p.m.

Hearing on Defendants' Partial Motion to Dismiss

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: <u>February 13</u>, 2015

*[signature]*
Hon. Yvonne Gonzalez Rogers
United States District Judge