KURT OPSAHL (SBN 191303)
kurt@eff.org
ANDREW CROCKER (SBN 291596)
andrew@eff.org
DAVID A. GREENE (SBN 160107)
davidg@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone:  (415) 436-9333
Facsimile:  (415) 436-9993

*Counsel for* Amici Curiae
*CORPORATIONS 1 & 2*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TWITTER, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>ERIC HOLDER, United States Attorney General, *et al.*,<br><br>                    Defendants. | Case No. 4:14-cv-04480-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER FOR PROPOSED *AMICI* CORPS. 1 & 2 TO PROCEED UNDER PSEUDONYM**<br><br>Date:  March 31, 2015<br>Time:  2:00 pm<br>Courtroom 1, Fourth Floor<br>Hon. Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rule 7-12, proposed *amici* and the parties, by and through their undersigned counsel, hereby stipulate to and respectfully request that the Court allow the proposed *amici*, recipients of National Security Letters (NSLs) and private parties to the consolidated appeal pending before the Ninth Circuit in *Under Seal v. Holder*, Nos. 13-15957, 13-16731 and 13-16732 (9th Cir. argued Oct. 8, 2014[1]), to proceed under the pseudonym "Corporations 1 & 2." As recipients of NSLs, *amici* are currently prohibited from revealing that "the Federal Bureau of Investigation has sought or obtained access to information or records under" 18 U.S.C. § 2709, pending the outcome of the above referenced appeal.

As non-parties to this proceeding, proposed *amici* are not required to identify themselves as parties under FRCP 10. Moreover, because proposed *amici*'s identities are under seal pending the Ninth Circuit's decision in *Under Seal v. Holder*, proceeding pseudonymously would preserve the *status quo* in that litigation.

Dated: February 17, 2015               Respectfully submitted,

By: /s/ Kurt Opsahl
KURT OPSAHL
kurt@eff.org
ANDREW CROCKER
DAVID GREENE

ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone:  (415) 436-9333
Facsimile:  (415) 436-9993

*Counsel for Proposed* Amici Curiae
CORPORATIONS 1 & 2

---

[1] Appeals from *In re NSL*, 930 F. Supp. 2d 1064 (N.D. Cal. 2013), *In re Matter of NSLs, Order Denying Petition to Set Aside and Granting Cross-Petition to Enforce,* No. 13cv1165-SI (N.D. Cal. August 12, 2013) (enforcing 2 NSLs), appeal docketed, No. 13-16732 (9th Cir.) and *In re Matter of NSLs, Order Denying Petition to Set Aside, Denying Motion to Stay, and Granting Cross-Petition to Enforce*, No. 13mc80089-SI (N.D. Cal. August 12, 2013) (enforcing 2 NSLs), appeal docketed, No. 13-16731 (9th Cir.).

| | |
|---|---|
| Dated:  February 17, 2015 | By: /s/ Michael A. Sussmann<br>Michael A. Sussmann, D.C. Bar No. 433100<br>(*pro hac vice*)<br>MSussmann@perkinscoie.com<br>Eric D. Miller, Bar No. 218416<br>EMiller@perkinscoie.com<br>James G. Snell, Bar No. 173070<br>JSnell@perkinscoie.com<br>Hayley L. Berlin, D.C. Bar No. 1011549<br>(*pro hac vice*)<br>HBerlin@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Tel: 650-838-4300<br>Fax: 650-838-4350<br><br>*Attorneys for Plaintiff Twitter, Inc.*<br><br>JOYCE R. BRANDA<br>Acting Assistant Attorney General<br>MELINDA HAAG<br>United States Attorney<br>ANTHONY J. COPPOLINO<br>Deputy Branch Director |
| Dated:  February 17, 2015 | By: /s/ Steven Y. Bressler<br>STEVEN Y. BRESSLER<br>JULIA A. BERMAN<br>Attorneys<br>U.S. Department of Justice Civil Division, Federal Programs Branch<br><br>*Attorneys for Defendants* |

*****

**DECLARATION PURSUANT TO LOCAL RULE 5-1**

I, Kurt Opsahl, hereby declare pursuant to Local Rule 5-1 that I have obtained the Parties' concurrence in the filing of this document from Michael A. Sussman, counsel for Plaintiffs, Twitter, Inc., and Steven Y. Bressler, counsel for Defendants Eric Holder, *et al*.

Executed on February 17, 2015, in San Francisco, CA.

/s/ Kurt Opsahl
KURT OPSAHL

**PURSUANT TO STIPULATION**, it is **ORDERED** that proposed *amici* may proceed under the pseudonym "Corporations 1 & 2."

Dated: _____    _____
                             Hon. Yvonne Gonzalez Rogers
                             United States District Judge