KURT OPSAHL (SBN 191303)
kurt@eff.org
ANDREW CROCKER (SBN 291596)
andrew@eff.org
DAVID A. GREENE (SBN 160107)
davidg@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone:  (415) 436-9333
Facsimile:  (415) 436-9993

*Counsel for* Amici Curiae
*CORPORATIONS 1 & 2*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> ERIC HOLDER, United States Attorney General, *et al.*, <br><br> Defendants. | Case No. 4:14-cv-04480-YGR <br><br> **MOTION OF CORPS. 1 & 2 FOR LEAVE TO FILE BRIEF *AMICI CURIAE* IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS** <br><br> Date:  March 31, 2015 <br> Time:  2:00 pm <br> Courtroom 1, Fourth Floor <br> Hon. Yvonne Gonzalez Rogers |

Non-parties Corporations 1 & 2[1] hereby move the Court for leave to file the accompanying brief as *amici curiae* in the above-captioned case, in support of the opposition by Plaintiff Twitter, Inc. to the government Defendants' partial motion to dismiss. Twitter consents to the filing of this brief. The Government takes no position on proposed *amici*'s motion, but leaves it to the sound discretion of the Court.

*Amici* Corporations 1 & 2 bring unique insight to the issues before this court and seek to correct several misstatements made by the government regarding other pending challenges to the National Security Letter (NSL) scheme. *Amici* are two recipients of NSLs who brought constitutional challenges to the National Security Letter statute, 18 U.S.C. §§ 2709, 3511. These challenges have been consolidated into a single appeal and are currently under submission to the Ninth Circuit. *See Under Seal v. Holder*, Nos. 13-15957, 13-16731, 13-16732 (9th Cir. argued Oct. 8, 2014).[2]

This brief will aid the court in understanding *amici*'s pending Ninth Circuit challenge to the NSL statute's gag provision, a proceeding the government characterizes as likely controlling of Twitter's claims.[3] This brief corrects misstatements made by the government in this case regarding *amici's* cases and the appeal, and will otherwise provide insight to the court regarding *amici*'s cases.

For these reasons, *amici* respectfully request that the Court grant this motion for leave to file the accompanying brief.

Dated: February 17, 2015         Respectfully submitted,

By: /s/ Kurt Opsahl
KURT OPSAHL

---

[1] The parties have stipulated to allow the proposed *amici* to proceed under the pseudonym Corporations 1 & 2 *See* Stipulation accompanying this filing.

[2] Appeals from *In re NSL*, 930 F. Supp. 2d 1064 (N.D. Cal. 2013), *In re Matter of NSLs, Order Denying Petition to Set Aside and Granting Cross-Petition to Enforce,* No. 13cv1165-SI (N.D. Cal. August 12, 2013), appeal docketed, No. 13-16732 (9th Cir.) and *In re Matter of NSLs, Order Denying Petition to Set Aside, Denying Motion to Stay, and Granting Cross-Petition to Enforce,* No. 13mc80089-SI (N.D. Cal. August 12, 2013), appeal docketed, No. 13-16731 (9th Cir.).

[3] *See* Gov't Mot. to Dismiss at 20:18-19. Indeed, the government asks the Court to abstain from considering these claims until after the Ninth Circuit has ruled. *Id.*

1

| Case No. 14-cv-04480-YGR | MOTION OF CORPS 1 & 2 FOR LEAVE TO FILE BRIEF *AMICI CURIAE* |

| | |
|---|---|
| 1 | kurt@eff.org |
| 2 | ANDREW CROCKER |
| | DAVID GREENE |
| 3 | |
| | ELECTRONIC FRONTIER FOUNDATION |
| 4 | 815 Eddy Street |
| | San Francisco, CA  94109 |
| 5 | Telephone:  (415) 436-9333 |
| | Facsimile:  (415) 436-9993 |

*Counsel for Proposed* Amici Curiae
*CORPORATIONS 1 & 2*