Thomas R. Burke (CA State Bar No. 141930)
*thomasburke@dwt.com*
Deborah A. Adler (CA State Bar No. 209525)
*deborahadler@dwt.com*
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Peter Karanjia (*Pro Hac Vice* Pending)
*peterkaranjia@dwt.com*
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20006-3401
Telephone: (202) 973-4200
Facsimile: (202) 973-4499

Attorneys for *Amici Curiae*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TWITTER, INC._<br><br>Plaintiff,<br><br>vs.<br><br>ERIC HOLDER, Attorney General of the United States, *et al.*,<br><br>Defendants. | Case No. 14-cv-04480 (YGR)<br><br>**NOTICE OF APPEARANCE OF PETER KARANJIA AS CO-COUNSEL FOR MEDIA AND WRITERS *AMICI*** |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that PETER KARANJIA (*Pro Hac Vice* Pending) hereby appears in the above-entitled action as co-counsel for *Amici Curiae* BuzzFeed, Inc., First Look Media, Inc., Guardian News & Media, National Public Radio, Inc., PEN American Center and WP Company LLC (d/b/a/ The Washington Post) and requests that all further papers, pleadings, filings, and electronic filings, except original process, be served upon this attorney at the address and email address above stated.

Dated: February 17, 2015

        Respectfully submitted,

        DAVIS WRIGHT TREMAINE LLP

        By: /s/ Peter Karanjia

        Peter Karanjia (*Pro Hac Vice* Pending)
        Davis Wright Tremaine LLP
        1919 Pennsylvania Avenue, N.W.
        Suite 800
        Washington, D.C. 20006-3401

        *Attorneys for* Amici Curiae *BuzzFeed, Inc., First Look Media, Inc., Guardian News & Media, National Public Radio, Inc., PEN American Center, and WP Company LLC (d/b/a* The Washington Post*)*