Brett Max Kaufman (Of Counsel)
brettmaxkaufman@nyu.edu
TECHNOLOGY LAW & POLICY CLINIC
NEW YORK UNIVERSITY SCHOOL OF LAW
245 Sullivan Street
New York, New York 10012
Telephone: 212-998-6430
Facsimile: 212-995-4031

Joseph C. Gratz (SBN 240676)
jgratz@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

*Attorneys for Amicus Curiae*
*Freedom of the Press Foundation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> ERIC HOLDER, <br> Attorney General of the United States, <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> JAMES COMEY, <br> Director of the Federal Bureau of Investigation, and <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendants. | Case No. 4:14-cv-04480-YGR <br><br> **NOTICE OF APPEARANCE OF JOSEPH C. GRATZ** <br><br> Ctrm: 1 – 4th Floor <br> Judge: Honorable Yvonne Gonzalez Rogers |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that Joseph C. Gratz hereby enters his appearance as counsel of record |
| 2 | for *amicus curiae* Freedom of the Press Foundation in the above-captioned matter. |

Dated: February 17, 2015

By:     */s/ Joseph C. Gratz*
Joseph C. Gratz (SBN 240676)
jgratz@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

*Attorney for Amicus Curiae
Freedom of the Press Foundation*

## **CERTIFICATE OF SERVICE**

I certify that all counsel of record are being served on February 17, 2015, with a copy of this document via the Court's CM/ECF system.

                                                */s/ Joseph C. Gratz*
                                                    Joseph C. Gratz