Brett Max Kaufman (Of Counsel)
brettmaxkaufman@nyu.edu
TECHNOLOGY LAW & POLICY CLINIC
NEW YORK UNIVERSITY SCHOOL OF LAW
245 Sullivan Street
New York, New York 10012
Telephone:    212-998-6430
Facsimile:    212-995-4031

Joseph C. Gratz (SBN 240676)
jgratz@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

*Attorneys for Amicus Curiae
Freedom of the Press Foundation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> ERIC HOLDER, <br>          Attorney General of the United States, <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> JAMES COMEY, <br>          Director of the Federal Bureau of <br>          Investigation, and <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br>                        Defendants. | Case No. 4:14-cv-04480-YGR <br><br> **MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* OF FREEDOM OF THE PRESS FOUNDATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' PARTIAL MOTION TO DISMISS** <br><br> Ctrm:    1 – 4th Floor <br> Judge:   Honorable Yvonne Gonzalez Rogers |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  Please take notice that the Freedom of the Press Foundation ("FOTPF") hereby moves for leave
3  to file an *amicus curiae* brief in support of Plaintiff's opposition to Defendants' partial motion to dismiss.

4  The Freedom of the Press Foundation is a non-profit organization dedicated to helping support
5  and defend public-interest journalism.  Freedom of the Press Foundation advocates for transparency and
6  accountability in an effort to preserve the rights guaranteed to the press under the First Amendment and
7  strengthen the public's right to know.  As part of that mission, the organization has served as *amicus*
8  *curiae* in cases addressing First Amendment issues raised by emerging technologies and government
9  surveillance in the federal courts.  *See, e.g.*, *Elonis v. United States*, No. 13-983 (U.S. cert. granted June
10 16, 2014); *Under Seal v. Holder*, No. 13-16732 (9th Cir. oral arg. held Oct. 8, 2014); *United States v.*
11 *Brown*, No. 12-cr-413 (N.D. Tex. judgment entered Jan. 29, 2015).

12 The FOTPF supports Twitter's effort to increase government transparency and accountability
13 through reporting.  The FOTPF believes that the government's restrictions on the content that companies
14 can include in their transparency reports violate the First Amendment, as they are content-based
15 restrictions that fail to meet strict scrutiny.  Based on its commitment to increase transparency about
16 government surveillance through reporting on government actions and its dedication to protecting the
17 press's First Amendment rights, the FOTPF has an important perspective to offer the Court regarding the
18 First Amendment rights that companies wish to honestly communicate with the public over key matters
19 of public concern.

20 Twitter, Inc. has consented to the filing of this brief.  Defendants take no position as to the motion
21 for leave to file, but leave it to the sound discretion of the Court.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Respectfully, the FOTPF requests leave to file the attached amicus brief.

Dated: February 17, 2015

By: ___*/s/ Joseph C. Gratz*___

Brett Max Kaufman (Of Counsel)
brettmaxkaufman@nyu.edu
TECHNOLOGY LAW & POLICY CLINIC
NEW YORK UNIVERSITY SCHOOL OF LAW
245 Sullivan Street
New York, New York 10012
Telephone: 212-998-6430
Facsimile: 212-995-4031

Joseph C. Gratz (SBN 240676)
jgratz@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

*Attorneys for Amicus Curiae
Freedom of the Press Foundation*

## **CERTIFICATE OF SERVICE**

I certify that all counsel of record are being served on February 17, 2015, with a copy of this document via the Court's CM/ECF system.

*/s/ Joseph C. Gratz*
Joseph C. Gratz
