UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TWITTER, INC.**, <br>       Plaintiff, <br><br> v. <br><br> **ERIC H. HOLDER, ET AL.**, <br>       Defendants. | Case No. 14-cv-04480-YGR <br><br> **ORDER GRANTING LEAVE TO FILE *AMICUS CURIAE* BRIEFS** <br><br> Re: Dkt. Nos. 37, 42, 46, 49, 52 |

The Court has considered the motions and requests of the following *amici* who seek to submit briefs in support of Plaintiff Twitter, Inc.'s opposition to the Partial Motion of Defendants Eric Holder, et al. to Dismiss:

- Reporters Committee for Freedom of the Press (Dkt. No. 37);
- Corporations 1 & 2 (Dkt. No. 42);
- Automattic Inc.; CloudFlare, Inc.; CREDO Mobile, Inc.; A Medium Corporation; Sonic.net, Inc.; Wickr, Inc.; and the Wikimedia Foundation (Dkt. No. 46);
- BuzzFeed, Inc., First Look Media, Inc., Guardian News & Media (publisher of *The Guardian*), National Public Radio, Inc., PEN American Center, and WP Company LLC (d/b/a The Washington Post) (Dkt. No. 49); and
- Freedom of the Press Foundation (Dkt. No. 52).

Good cause appearing, the Court **GRANTS** the motions and requests for leave to file *amicus curiae* briefs. The briefs submitted with the motions and requests are **DEEMED FILED** as of February 17, 2015, and no additional filing is necessary.

**IT IS SO ORDERED.**

Dated: February 18, 2015

                                                       **YVONNE GONZALEZ ROGERS** <br>
                                                      **UNITED STATES DISTRICT JUDGE**