1  KATIE TOWNSEND (SBN 254321)
   ktownsend@rcfp.org
2  THE REPORTERS COMMITTEE FOR
   FREEDOM OF THE PRESS
3  1156 15th Street NW, Suite 1250
4  Washington, D.C. 20005
   Telephone:  202.795.9300
5  Facsimile:  202.795.9310

6  *Counsel for Amicus Curiae*
   THE REPORTERS COMMITTEE FOR
7  FREEDOM OF THE PRESS

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 | TWITTER, INC.,                              | CASE NO.  14-cv-04480-YGR
13 |                                             |
14 |                  Plaintiff,                 | **NOTICE OF ERRATA RE:
                                                    BRIEF *AMICUS CURIAE* OF THE
15 |        v.                                   | REPORTERS COMMITTEE FOR
                                                    FREEDOM OF THE PRESS IN SUPPORT
16 | ERIC H. HOLDER, JR.,  Attorney General      | OF PLAINTIFF'S OPPOSITION TO
    of the United States, et al.,                  DEFENDANT'S PARTIAL MOTION TO
17 |                                             | DISMISS AND CORRECTED BRIEF**
18 |                  Defendants.                |
                                                   Date:  March 31, 2015
19 |                                             | Time:  2:00 p.m.
                                                   Courtroom 1, Fourth Floor
20                                                 Hon. Yvonne Gonzales Rogers

21

22

23

24

25

26

27

28

---

*Twitter, Inc. v. Holder, et al.*, Case No. 14-cv-04480-YGR
Notice of Errata re: Brief *Amicus Curiae*

**TO THE DISTRICT COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

The Reporters Committee for Freedom of the Press ("Reporters Committee") hereby gives notice of errata and submits, concurrently herewith, a corrected version of its brief *amicus curiae* filed in support of Twitter, Inc.'s Opposition to Defendants' Partial Motion to Dismiss.

In footnote 11 of their reply filed on March 4, Defendants (the "Government") noted that the Reporters Committee had made a factual error by attributing a statement made by Yahoo!, Inc. in a filing submitted to the Foreign Intelligence Surveillance Court ("FISC") to the Government. Mistaking the position of Yahoo!, Inc. for the position of the Government in *In re Directives*, 551 F.3d 1004 (FISA Ct. Rev. 2008), the Reporters Committee wrote that the Government had embraced a "strong presumption in favor of public access to judicial proceedings." The Government has, in fact, argued that "there is no right of public access" under the Constitution or common law to proceedings and related documents in matters before the FISC. *See In re Mot. for Release of Court Records*, 526 F. Supp. 484, 485–86 (FISA Ct. 2007).[1] The Reporters Committee acknowledges and regrets that error, which was inadvertent.

While this error does not impact the arguments made by the Reporters Committee in its *amicus curiae* brief, in order to correct the record, and for the benefit of the Court, the Reporters Committee submits the attached corrected version of its *amicus curiae* brief. The attached version reflects corrections to the following to address the aforementioned error: Page 8, Lines 22–24; Page 9, Lines 3 and 20. No other changes have been made.

---

[1] In its Reply, the Government states that "if the FISC were to adjudicate plaintiff's FISA-based claims," the public would have access to "unclassified submissions by the parties." Reply at 13:6–7. It does not address public access to, among other things, FISC opinions. The Government has previously stated that it is "within the discretion" of the FISC to make its opinions public. Response to Provider's Unclassified Mot., *In re Directives*, No. 105B(g) 07-01 (June 25, 2013), *available at* http://1.usa.gov/1H0ws9C.

*Twitter, Inc. v. Holder, et al.*, Case No. 14-cv-04480-YGR
Notice of Errata re: Brief *Amicus Curiae*

1 | The Reporters Committee respectfully requests that the Court accept and deem filed as of February 17, 2015 the attached corrected version of its *amicus curiae* brief in this matter.

Dated: March 10, 2015                                  Respectfully submitted,

>                                  */s/ Katie Townsend*
>                                  Katie Townsend
>                                  *Counsel for Amicus Curiae*
>                                  THE REPORTERS COMMITTEE
>                                  FOR FREEDOM OF THE PRESS
>                                  1156 15th St. NW, Suite 1250
>                                  Washington, D.C. 20005
>                                  Telephone: 202-795-9300