Eric D. Miller, Bar No. 218416
EMiller@perkinscoie.com
Michael A. Sussmann, D.C. Bar No. 433100
(*pro hac vice*)
MSussmann@perkinscoie.com
James G. Snell, Bar No. 173070
JSnell@perkinscoie.com
Hayley L. Berlin, D.C. Bar No. 1011549
(*pro hac vice*)
HBerlin@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Tel: 650-838-4300
Fax: 650-838-4350

Attorneys for Plaintiff
Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> ERIC H. HOLDER, JR., Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. 14-cv-04480-YGR <br><br> **STIPULATED REQUEST TO CONTINUE HEARING ON DEFENDANTS' PARTIAL MOTION TO DISMISS** <br><br> No hearing scheduled |

Pursuant to Local Rule 6-1(b), the parties hereby stipulate to continue the hearing on Defendants' Partial Motion to Dismiss currently scheduled for April 14, 2015, until May 5, 2015, and respectfully request that the Court enter an order providing for this continuance.

**RECITALS**

1. On January 9, 2015, Defendants filed a Partial Motion to Dismiss ("Motion").

2. On February 12, 2015, the parties filed a Stipulated Request to Set a Revised Briefing Schedule, Dkt. 35, in which they requested that a revised briefing schedule be entered pertaining to Defendants' Motion and also set forth dates that the parties would be unavailable for

1  a hearing on the Motion, including the week of April 6 (Defendants' counsel unavailable) and the
2  week of April 13 (Plaintiff's counsel unavailable).

3     3.    Pursuant to the parties' Stipulated Request to Set a Revised Briefing Schedule, the
4  Court entered an order setting the hearing on Defendants' Motion for March 31, 2015, Dkt. 36.

5     4.    Defendants' Motion has now been fully briefed.

6     5.    On March 18, 2015, the Court continued the hearing on the Motion until April 14,
7  2015.

8     6.    Plaintiff's counsel respectfully submits that it remains unavailable for a hearing on
9  April 14, 2015.

10    7.    The parties have conferred and have identified May 5, 2015, as the earliest
11 mutually agreeable date for a hearing on the Motion.

**STIPULATION**

Pursuant to Local Rule 6-1(b), the parties hereby stipulate that the hearing on Defendants' Partial Motion to Dismiss be continued until May 5, 2015.

15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

DATED:  March 27, 2015

*Respectfully Submitted*,

By: /s/ Michael A. Sussmann
Eric D. Miller, Bar No. 218416
EMiller@perkinscoie.com
Michael A. Sussmann
MSussmann@perkinscoie.com
James G. Snell, Bar No. 173070
JSnell@perkinscoie.com
Hayley L. Berlin
HBerlin@perkinscoie.com

*Attorneys for Plaintiff Twitter, Inc.*

JOYCE R. BRANDA
Acting Assistant Attorney General

MELINDA HAAG
United States Attorney

ANTHONY J. COPPOLINO
Deputy Branch Director

/s/ Steven Y. Bressler (by permission)
STEVEN Y. BRESSLER
JULIA A. BERMAN, Bar No. 241415
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
julia.berman@usdoj.gov

*Attorneys for Defendants*