1  Eric D. Miller, Bar No. 218416
   EMiller@perkinscoie.com
2  Michael A. Sussmann, D.C. Bar No. 433100
   (*pro hac vice*)
3  MSussmann@perkinscoie.com
   James G. Snell, Bar No. 173070
4  JSnell@perkinscoie.com
   Hayley L. Berlin, D.C. Bar No. 1011549
5  (*pro hac vice*)
   HBerlin@perkinscoie.com
6  PERKINS COIE LLP
   3150 Porter Drive
7  Palo Alto, CA 94304-1212
   Tel: 650-838-4300
8  Fax: 650-838-4350

9  Attorneys for Plaintiff
   Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TWITTER, INC., | Case No. 14-cv-04480-YGR |
| Plaintiff, | **[PROPOSED]** ORDER CONTINUING HEARING ON DEFENDANTS' PARTIAL MOTION TO DISMISS |
| v. | |
| ERIC H. HOLDER, JR., Attorney General of the United States, *et al.*, | |
| Defendants. | |

Pursuant to the foregoing Stipulated Request to Continue Hearing on Defendants' Partial Motion to Dismiss, and good cause appearing, the Court hereby continues the hearing on Defendants' Partial Motion to Dismiss to May 5, 2015, at 2 PM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __March 30_____, 2015

Hon. Yvonne Gonzalez Rogers
United States District Judge