BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
MELINDA HAAG
United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
STEVEN Y. BRESSLER
JULIA A. BERMAN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 305-0167
Facsimile: (202) 616-8470
Email: Steven.Bressler@usdoj.gov

Attorneys for Defendants the Attorney General, *et al.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

_____
)
TWITTER, INC.,                         )      Case No. 14-cv-4480
                                       )
        Plaintiff,                     )      **NOTICE REGARDING**
                                       )      **ENACTMENT OF THE**
        v.                             )      **USA FREEDOM ACT**
                                       )
LORETTA E. LYNCH,[1] United States     )
        Attorney General, *et al.*,    )
                                       )
                                       )
_____)


        The Government files this Notice to bring to the Court's attention new legislation that

may significantly impact the claims in this case.

        On June 2, 2015, the President signed into law the USA FREEDOM Act of 2015

(attached). Section 603 of the Act establishes a statutory mechanism for public disclosure by the

recipients of national security legal process, including process issued pursuant to the Foreign

---

[1] Loretta E. Lynch, the Attorney General of the United States, is substituted as defendant in this
action for her predecessor, Eric H. Holder, pursuant to Fed. R. Civ. P. 25(d).

Intelligence Surveillance Act as well as National Security Letters ("NSLs"), of aggregated ("band") data about that process.  Section 603 permits disclosure of aggregate data in bands similar to those described by the Deputy Attorney General in the January 27, 2014 letter that plaintiff purported to challenge in its Complaint.  In addition, Section 603 further permits disclosure in alternative bands that differ from those described in the Deputy Attorney General's letter.

Plaintiff has also challenged the constitutionality of 18 U.S.C. § 3511, which provides a mechanism for and standards of judicial review of NSLs.  As revised by § 502(g) of the Act, 18 U.S.C. § 3511(b)(1)(A) now permits an NSL recipient to obtain judicial review by notifying the Government.  The Government must apply for a nondisclosure order within thirty days thereafter, and the district court must rule expeditiously.  *Id.* § 3511(b)(1)(B)-(C).  The Government must present a certification that includes "a statement of specific facts" indicating that the absence of a prohibition on disclosure may result in enumerated harms.  *Id.* § 3511(b)(2).  The Act repeals the provision (formerly in § 3511(b)(2)-(3)) that gave conclusive effect to good-faith certification by specified officials of certain harms, as well as the provision (formerly in § 3511(b)(3)) that required an NSL recipient in certain circumstances to wait one year after an unsuccessful challenge before again seeking judicial relief.

The Government intends to further consider and advise the Court of the impact of the Act on this litigation, and will meet and confer with counsel for plaintiff concerning any additional briefing for the Court.

//
//
//
//
//
//
//
//

1

Dated: June 3, 2015                     Respectfully submitted,

2
                                        BENJAMIN C. MIZER
3                                       Principal Deputy Assistant Attorney General

4                                       MELINDA HAAG
                                        United States Attorney
5

6                                       ANTHONY J. COPPOLINO
                                        Deputy Branch Director
7
                                        _____/s/ Steven Y. Bressler_____
8                                       STEVEN Y. BRESSLER
                                        JULIA A. BERMAN
9                                       Attorneys
                                        U.S. Department of Justice, Civil Division
10

11                                      *Attorneys for Defendants*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28