1  Eric D. Miller, Bar No. 218416
   EMiller@perkinscoie.com
2  Michael A. Sussmann, D.C. Bar No. 433100
   (*pro hac vice*)
3  MSussmann@perkinscoie.com
   James G. Snell, Bar No. 173070
4  JSnell@perkinscoie.com
   Hayley L. Berlin, D.C. Bar No. 1011549
5  (*pro hac vice*)
   HBerlin@perkinscoie.com
6  PERKINS COIE LLP
   3150 Porter Drive
7  Palo Alto, CA 94304-1212
   Tel: 650-838-4300
8  Fax: 650-838-4350

9  Attorneys for Plaintiff
   Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| TWITTER, INC., | Case No. 14-cv-04480-YGR |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE REGARDING ENACTMENT OF USA FREEDOM ACT** |
| v. | |
| LORETTA E. LYNCH, Attorney General of the United States, *et al.*, | |
| Defendants. | |

Plaintiff Twitter joins the Defendants in filing Notice to the Court of new legislation, namely, the USA FREEDOM Act of 2015, H.R. 2048, 114th Cong. (2015) (enacted), 161 Cong. Rec. S3419-3634 (daily ed. June 2, 2015) ("USAFA"), which was signed into law by President Obama on June 3, 2015. Section 603 of the USAFA amends Title VI of the Foreign Intelligence Surveillance Act of 1978 ("FISA") (50 U.S.C. § 1871 *et seq.*), by adding at the end the following new section: "Sec. 604. Public Reporting by Persons Subject to Orders." A copy of Section 603 of the USAFA is attached as Exhibit 1. In addition, Section 502(g) of the USAFA amends the

nondisclosure provision regarding national security letters at 18 U.S.C. § 3511(b). A copy of Section 502 of the USAFA is attached as Exhibit 2.

In their Notice to the Court, Defendants state that passage of the USAFA "may significantly impact the claims in this case." However, the USAFA does not impact Defendants' Partial Motion to Dismiss pending before this Court. The issues raised in Defendants' motion—pertaining to the Administrative Procedure Act, 5 U.S.C. § 551 *et seq.*, transfer of FISA-related claims to the Foreign Intelligence Surveillance Court, and deferring consideration of certain issues pertaining to national security letters—are not affected by passage of the USAFA, and Defendants' Notice to the Court does not state otherwise. Therefore, no further briefing is necessary before the Court rules on the Defendants' motion. Plaintiffs will meet and confer with Defendants at an appropriate time regarding the potential impact of the USAFA on other aspects of this case.

DATED: June 9, 2015

*Respectfully Submitted*,

By: /s/ Michael A. Sussmann
  Michael A. Sussmann
  MSussmann@perkinscoie.com
  Eric D. Miller, Bar No. 218416
  EMiller@perkinscoie.com
  James G. Snell, Bar No. 173070
  JSnell@perkinscoie.com
  Hayley L. Berlin
  HBerlin@perkinscoie.com

*Attorneys for Plaintiff Twitter, Inc.*