BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
MELINDA HAAG
United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
STEVEN Y. BRESSLER
Senior Trial Counsel
JULIA A. BERMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 616-8480
Facsimile:  (202) 616-8470
Email: julia.berman@usdoj.gov

Attorneys for Defendants the Attorney General, *et al.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TWITTER, INC., | Case No. 14-cv-4480 |
| Plaintiff, | **DEFENDANTS' NOTICE OF RECENT AUTHORITY** |
| v. |  |
| LORETTA E. LYNCH, United States Attorney General, *et al.*, |  |

The Government respectfully provides notice to the Court and plaintiff of a recent dispositive Order by the United States Court of Appeals for the Ninth Circuit in three previously-pending appeals concerning the constitutionality of 18 U.S.C. §§ 2709 and 3511.

In its Order, attached hereto, the Ninth Circuit vacated and remanded the three Northern District of California judgments on appeal for further proceedings "[i]n light of the significant changes to the statutes" at issue, which were amended earlier this year by the USA FREEDOM

Act of 2015, Pub. L. No. 114-23, 129 Stat. 268.  The Order was issued under seal on August 24, 2015, and then unsealed pursuant to a joint motion of the parties on this date.

Dated:  August 28, 2015                     Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MELINDA HAAG
United States Attorney

ANTHONY J. COPPOLINO
Deputy Branch Director

  */s/ Steven Y. Bressler*
STEVEN Y. BRESSLER
Senior Trial Counsel

  */s/ Julia A. Berman*
JULIA A. BERMAN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

*Attorneys for Defendants*