Eric D. Miller, Bar No. 218416
EMiller@perkinscoie.com
Michael A. Sussmann, D.C. Bar No. 433100
(*pro hac vice*)
MSussmann@perkinscoie.com
James G. Snell, Bar No. 173070
JSnell@perkinscoie.com
Hayley L. Berlin, D.C. Bar No. 1011549
(*pro hac vice*)
HBerlin@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Tel:  650-838-4300
Fax:  650-838-4350

Attorneys for Plaintiff
Twitter, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> LORETTA E. LYNCH, United States Attorney General, *et al.*, <br><br> Defendants. | Case No. 14-cv-04480-YGR <br><br> **[PROPOSED] ORDER SETTING BRIEFING SCHEDULE** |

Pursuant to the parties' Stipulated Request to Set a Briefing Schedule, and good cause appearing, the Court hereby sets the following schedule in connection with the Defendants' Anticipated Motion to Dismiss:

1. February 12, 2016:  Plaintiff's Opposition to the Motion to Dismiss;

2. March 11, 2016:  Defendants' Reply in Support of their Motion to Dismiss;

3. _____:  Hearing on Defendants' Motion to Dismiss.

1     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3   DATED: _____

                              Hon. Yvonne Gonzalez Rogers
                              United States District Judge