1

2

3

4

5

6

7

8

9

10

11

12

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

TWITTER, INC.,

           Plaintiff,

   v.

LORETTA E. LYNCH, United States
Attorney General, *et al.*,

           Defendants.

Case No. 14-cv-04480-YGR

**ORDER GRANTING IN PART
STIPULATED REQUEST TO SET
BRIEFING SCHEDULE,
AS MODIFIED BY THE COURT**

13

14

15

    Pursuant to the parties' Stipulated Request to Set a Briefing Schedule AS MODIFIED BY THE COURT, the Court hereby SETS the following schedule in connection with the Defendants' Anticipated Motion to Dismiss:

16

17

18

    1.  February 5, 2016:  Plaintiff's Opposition to the Motion to Dismiss;

    2.  February 26 , 2016:  Defendants' Reply in Support of their Motion to Dismiss;

    3.  March 15, 2016:  Hearing on Defendants' Motion to Dismiss.

19

    **IT IS SO ORDERED.**

20

21

22

DATED: January 15, 2016

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

23

24

25

26

27

28