Eric D. Miller (SBN 218416)
emiller@perkinscoie.com
Michael A. Sussmann (*pro hac vice*)
msussmann@perkinscoie.com
James G. Snell (SBN 173070)
jsnell@perkinscoie.com
Hayley L. Berlin (*pro hac vice*)
hberlin@perkinscoie.com
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Lee H. Rubin (SBN 141331)
lrubin@mayerbrown.com
Donald M. Falk (SBN 150256)
dfalk@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

Attorneys for Plaintiff
TWITTER, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> LORETTA LYNCH, Attorney General of the United States, <br><br> THE UNITED STATES DEPARTMENT OF JUSTICE, <br><br> JAMES COMEY, Director of the Federal Bureau of Investigation, and <br><br> THE FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendants. | Case No. 14-cv-4480-YGR <br><br> **NOTICE OF ASSOCIATION OF COUNSEL** |

TO THE CLERK AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following counsel is hereby associated as attorneys of record for Plaintiff Twitter, Inc. in the above-captioned matter.

All papers regarding the above-captioned matter to be served on Plaintiff Twitter, Inc., should also be served upon Mayer Brown LLP at the following address:

Lee H. Rubin (SBN 141331)
lrubin@mayerbrown.com
Donald M. Falk (SBN 150256)
dfalk@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112

DATED:  February 25, 2016        Respectfully submitted,

TWITTER, INC.

 /s/ Michael A. Sussmann
Michael A. Sussmann (*pro hac vice*)
msussmann@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212

 /s/ Lee H. Rubin
Lee H. Rubin (SBN 141331)
lrubin@mayerbrown.com
Donald M. Falk (SBN 150256)
dfalk@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112

*Attorney for Plaintiff*
*TWITTER, INC.*

### SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

February 25, 2016         /s/ Lee H. Rubin