UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**TWITTER, INC.**,

    Plaintiff,

v.

**LORETTA LYNCH, *ET AL.***,

    Defendants.

Case No. 14-cv-04480-YGR

**ORDER DENYING GOVERNMENT'S REQUEST FOR SUMMARY JUDGMENT CONFERENCE; SETTING DEADLINE FOR RESPONSIVE PLEADING**

Re: Dkt. Nos. 115, 116

Plaintiff filed its Second Amended Complaint on May 24, 2016. (Dkt. No. 114.) On June 13, 2016, Defendants filed a request for a summary judgment pre-filing conference as well as an Administrative Motion for Extension of Time to File a response to the Second Amended Complaint. (Dkt. Nos. 115, 116.)

The Court **DENIES** the request for a summary judgment pre-filing conference. Defendants have offered no legal authority or argument suggesting that permitting them to file a motion under Rule 56 at this juncture in this case—prior to any responsive pleading, a Rule 16 scheduling conference, and an opportunity for discovery—would be appropriate.

Defendants' Motion for Extension of Time to File a response the Second Amended Complaint is **GRANTED IN PART**. Defendants shall file any motion to dismiss or answer no later than **July 5, 2016**.

**IT IS SO ORDERED.**

This terminates Docket Nos. 115 and 116.

Dated: June 17, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**