BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
BRIAN STRETCH
United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
JULIA A. BERMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 616-8480
Facsimile:  (202) 616-8470
Email: julia.berman@usdoj.gov

Attorneys for Defendants the Attorney General, et al.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> LORETTA E. LYNCH, United States Attorney General, *et al.*, <br><br> Defendants. | Case No. 14-cv-4480 <br><br> **ORDER GRANTING THREE-DAY EXTENSION** |

The Court, having considered Defendants' Administrative Motion for a 3-Day Extension of Time to Respond to Plaintiff's Motion for an Order Directing Defendants to Initiate an Expedited Security Clearance Process for Plaintiff's Counsel, hereby **ORDERS** that the

1  Defendants' Motion is **GRANTED**.  Defendants shall file their response to the Plaintiff's motion
2  no later than October 21, 2016, and Plaintiff shall file its reply in support thereof no later than
3  November 2, 2016.

Dated: October 17, 2016

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE