BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Brian Stretch
United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
JULIA A. BERMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 616-8480
Facsimile: (202) 616-8470
Email: julia.berman@usdoj.gov

Attorneys for Defendants the Attorney General, et al.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITTER, INC., | Case No. 14-cv-4480 |
| Plaintiff, | |
| v. | |
| LORETTA E. LYNCH, United States Attorney General, *et al.*, | |
| Defendants. | **DECLARATION OF JULIA BERMAN REGARDING OCTOBER 17, 2016 TECHNICAL FAILURE, SUBMITTED PURSUANT TO LOCAL RULE 5-1(E)(5)** |

*Twitter, Inc. v. Lynch, et al.,* Case No. 14-cv-4480
Declaration of Julia Berman Regarding October 17, 2016
Technical Failure, Submitted Pursuant to Local Rule 5-1(e)(5)

Pursuant to 28 U.S.C. § 1746, I, Julia Berman, hereby declare:

1.     I serve as a Trial Attorney in the United States Department of Justice, Civil Division, Federal Programs Branch. I serve as one of the counsel for the Defendants in the above-captioned case.

2.     I submit this declaration, pursuant to Local Rule 5-1(e)(5) to explain that a technical failure prevented the parties from submitting their updated joint case management on October 17, 2016.

3.     Pursuant to the Court's Standing Order in Civil Cases, ¶ 6, the parties' updated joint case management statement was due to be filed on October 17, 2016, seven days before the case management conference scheduled for October 24, 2016.

4.     The parties conferred regarding their updated joint case management statement, and were ready to submit that statement to the Court on the evening of October 17, 2016. However, when undersigned counsel attempted to submit the document through the electronic filing system ("ECF"), ECF would not allow counsel to access the screen that ordinarily permits a filer to select an event to submit in a civil case. Instead, the only option provided was "Motions – Pro Se Prisoner Cases FAQ."

5.     Undersigned counsel made over a dozen attempts to file the updated joint case management statement between 10:10 pm and 11:30 pm, pacific time, but was met with the same screen that would not allow the filing of a document in a civil action.

6.     The parties' updated joint case management thus was not filed on October 17, 2016 solely due to the technical failure of the ECF system, and the parties respectfully submit their updated joint case management statement today pursuant to Local Civil Rule 5-1(e)(5).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 18, 2016                             Respectfully submitted,

                                                    */s/ Julia A. Berman*
                                                    JULIA A. BERMAN, Bar No. 241415

*Twitter, Inc. v. Lynch, et al.,* Case No. 14-cv-4480                                                    1
Declaration of Julia Berman Regarding October 17, 2016
Technical Failure, Submitted Pursuant to Local Rule 5-1(e)(5)

|   |   |
|---|---|
| 1 | Attorney |
| 2 | U.S. Department of Justice |
|   | Civil Division, Federal Programs Branch |
| 3 | P.O. Box 883 |
|   | Washington, D.C. 20044 |
| 4 | julia.berman@usdoj.gov |
| 5 | *Attorney for Defendants* |

*Twitter, Inc. v. Lynch, et al.,* Case No. 14-cv-4480    2
Declaration of Julia Berman Regarding October 17, 2016
Technical Failure, Submitted Pursuant to Local Rule 5-1(e)(5)