BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
BRIAN STRETCH
United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
JULIA A. BERMAN
ERIC J. SOSKIN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 353-0533
Facsimile:  (202) 616-8470
Email: Eric.Soskin@usdoj.gov

Attorneys for Defendants the Attorney General, et al.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> LORETTA LYNCH, United States Attorney General, *et al.*, <br><br> Defendants. | Case No. 14-cv-4480 <br><br> **NOTICE OF LODGING OF CLASSIFIED DECLARATION OF MICHAEL STEINBACH FOR *IN CAMERA, EX PARTE* REVIEW** <br><br> January 17, 2016, 2:00 p.m. <br> Courtroom 1, Fourth Floor <br> Hon. Yvonne Gonzalez Rogers |

Defendants hereby provide notice that undersigned counsel has lodged for secure storage with the United States Department of Justice Litigation Security Group a classified declaration by Michael Steinbach, Executive Assistant Director of the National Security Branch of the Federal Bureau of Investigation.  This classified declaration, which can be made available to the Court by a Classified Information Security Officer for its review *in camera*, *ex parte*, will provide the Court with information in support of Defendants' Motion for Summary Judgment that cannot be included in a public filing.  To the extent possible consistent with national security, an unclassified version of this declaration is being filed concurrently on the Court's

docket, accompanying Defendants' Motion for Summary Judgment.

Dated: November 22, 2016

                                                       Respectfully Submitted,

                                                       BENJAMIN C. MIZER
                                                     Principal Deputy Assistant Attorney General

                                                       BRIAN STRETCH
                                                       United States Attorney

                                                       ANTHONY J. COPPOLINO
                                                       Deputy Branch Director

                                                       _Eric J. Soskin_____
                                                       ERIC J. SOSKIN, PA Bar No. 200663
                                                       JULIA A. BERMAN, Bar No. 241415
                                                       Trial Attorneys
                                                       U.S. Department of Justice
                                                       Civil Division, Federal Programs Branch
                                                       P.O. Box 883
                                                       Washington, D.C. 20044
                                                       Eric.Soskin@usdoj.gov

                                                       Attorneys for Defendants

*Twitter v. Lynch, et al.*, Case No. 14-cv-4480
Notice of Lodging of Classified Declaration of Michael Steinbach for *In Camera*, *Ex Parte* Review