BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
BRIAN STRETCH
United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
ERIC J. SOSKIN
JULIA A. BERMAN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 353-0533
Facsimile: (202) 616-8470
Email: eric.soskin@usdoj.gov

Attorneys for Defendants the Attorney General, et al.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITTER, INC., | Case No. 14-cv-4480 |
| Plaintiff, | |
| v. | |
| LORETTA E. LYNCH, United States Attorney General, *et al.*, | |
| Defendants. | **DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION** |
| | Date: Tuesday, Jan. 31, 2017
Time: 2:00 p.m.
Courtroom 1, Fourth Floor
Hon. Yvonne Gonzalez Rogers |

## NOTICE OF WITHDRAWAL OF MOTION

PLEASE TAKE NOTICE that Defendants hereby withdraw the Motion for a Protective Order, noticed by ECF No. 153 for hearing on January 31, 2016, at 2:00 p.m., before Judge Yvonne Gonzalez Rogers. Pursuant to Local Civil Rule 7-7(e), the motion should therefore be taken off-calendar.

Dated: December 28, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

BRIAN STRETCH
United States Attorney

ANTHONY J. COPPOLINO
Deputy Branch Director

*/s/ Eric J. Soskin*
ERIC J. SOSKIN, PA Bar # 200663
JULIA A. BERMAN, Bar No. 241415
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
eric.soskin@usdoj.gov

*Attorneys for Defendants*