BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
BRIAN STRETCH
United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
ERIC SOSKIN
JULIA A. BERMAN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

  P.O. Box 883
  Washington, D.C.  20044
  Telephone:  (202) 616-8480
  Facsimile:  (202) 616-8470
  Email: julia.berman@usdoj.gov

Attorneys for Defendants the Attorney General, et al.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITTER, INC., | Case No. 14-cv-4480 |
| Plaintiff, | |
| v. | |
| ERIC H. HOLDER, United States Attorney General, *et al.*, | |
| Defendants. | **[PROPOSED] ORDER** |

The Court having considered the Defendants' *Nunc Pro Tunc* Administrative Motion to Extend Time for Defendants to Submit their Separate Statement of Undisputed Facts, IT IS HEREBY DENIED.

Dated: February 13, 2017

                                                         YVONNE GONZALEZ ROGERS
                                                         UNITED STATES DISTRICT COURT