CHAD A. READLER
Acting Assistant Attorney General
ALEX G. TSE
Acting United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
JULIA A. BERMAN
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

   P.O. Box 883
   Washington, D.C.  20044
   Telephone:  (202) 616-8480
   Facsimile:  (202) 616-8470
   Email: julia.berman@usdoj.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITTER, INC., | Case No. 14-cv-4480 |
| Plaintiff, | |
| v. | |
| JEFFERSON B. SESSIONS, III, United States Attorney General, *et al.*, | **STATUS REPORT** |
| Defendants. | Discovery Compliance Hearing |
| | April 27, 2018 at 9:01 a.m. |
| | Hon. Yvonne Gonzalez Rogers |

Defendants respectfully submit the instant status report pursuant to the Court's April 2018 Order, ECF No. 200, granting the parties' stipulated request regarding discovery, and requiring, in relevant part, that Defendants report the FBI's progress in complying with the discovery schedule on a biweekly basis.

1   To date, from the materials collected from its unclassified enclave, the FBI has reviewed 19,801 items, and preliminarily identified 1,427 as potentially responsive. Items preliminarily identified as responsive must be reviewed by FBI Office of General Counsel (OGC) attorneys to confirm their responsiveness, and identify any privileged information that must be protected from disclosure. Consistent with the parties' agreement, the FBI has now focused on review of materials collected from its SECRET enclave, and will return to the review of materials collected from its unclassified enclave after the review for responsiveness of the SECRET enclave materials has been completed.

From the materials collected from the FBI's SECRET enclave, the FBI has reviewed 24,705 items, and preliminarily identified 1,031 items as potentially responsive. Not all of the items preliminarily identified as responsive have been reviewed by FBI OGC attorneys to confirm their responsiveness at this time.

Defendants will submit their next status report regarding the FBI's progress on May 4, 2018.

Dated: April 20, 2018                    Respectfully submitted,


                                         CHAD A. READLER
                                         Acting Assistant Attorney General

                                         ALEX G. TSE
                                         Acting United States Attorney

                                         ANTHONY J. COPPOLINO
                                         Deputy Branch Director

                                            */s/ Julia A. Berman*
                                         JULIA A. BERMAN, Bar No. 241415
                                         Senior Counsel
                                         U.S. Department of Justice
                                         Civil Division, Federal Programs Branch
                                         P.O. Box 883
                                         Washington, D.C. 20044
                                         julia.berman@usdoj.gov

                                         *Attorneys for Defendants*