CHAD A. READLER
Acting Assistant Attorney General
ALEX G. TSE
Acting United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
JULIA A. HEIMAN
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 616-8480
Facsimile: (202) 616-8470
Email: julia.heiman@usdoj.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TWITTER, INC., | Case No. 14-cv-4480-YGR |
| Plaintiff, |  |
| v. |  |
| JEFFERSON B. SESSIONS, III, United States Attorney General, *et al.*, |  |
| Defendants. | **STATUS REPORT** |
|  | Discovery Compliance Hearing |
|  | July 20, 2018 at 9:01 a.m. |
|  | Hon. Yvonne Gonzalez Rogers |

Defendants respectfully submit this status report pursuant to the Court's April 2018 Order, ECF No. 200, granting the parties' stipulated request regarding discovery, and requiring, in relevant part, that Defendants report the FBI's progress in complying with the discovery schedule on a biweekly basis.

Between June 28 and July 12, the FBI's efforts have been focused on reviewing responsive documents exported from the FBI's e-discovery platform for identification of privileged information and processing for production to Twitter.  During this time period, 3,376 pages of material have been preliminary processed, 5,882 of which have undergone secondary review, [1] and 550 of which have undergone review and final approval by FBI counsel.  On July 12, 599 pages of responsive material were produced to Plaintiff, consistent with the Court's April 2018 Order, ECF No. 200, representing approximately 714 pages of materials processed for production, where sets of pages withheld in full were represented by placeholders stating the withheld page range.  On July 13, 2018, an additional 4 pages, representing 92 pages of responsive material were produced to Plaintiff.[2]

In addition, the FBI reviewed for responsiveness one additional document (2 items) in the FBI's Secret enclave and 761 additional documents (1,412 items) in its unclassified enclave, including the materials collected through one additional search conducted during the preceding reporting period at Plaintiff's request.  Of those materials the single document (2 items) from the SECRET enclave was identified as responsive and 31 documents (39 items) from the unclassified enclave were identified as responsive.  The FBI intends to process for production those responsive materials from the unclassified enclave, and to produce a supplemental entry for the Log for Classified Documents for the single responsive document from the SECRET enclave.

Separately, as reported in the Defendants' prior submissions, the Department of Justice (DOJ) also has collected materials responsive to Plaintiff's discovery requests and is proceeding with its review of those materials for responsiveness.  Currently, from the DOJ unclassified system, approximately 37,049[3] documents have been identified as potentially responsive.  To

---

[1] FBI Office of the General Counsel longstanding policy requires that documents undergo at least one level of Supervisory Paralegal Specialist review of initial processing, followed by attorney review, prior to final production of documents.

[2] Technical difficulties encountered by undersigned counsel on July 12 had prevented counsel from producing those materials on July 12.

[3] This number increased by approximately 11,000 documents since Defendants' previous report, as one set of potentially responsive materials had been omitted inadvertently when potentially responsive materials were processed and loaded into DOJ's discovery platform, and there was a technical error in the processing of another large set.

date, DOJ has reviewed for responsiveness 4,727 documents, and identified 1,343 documents as responsive. DOJ is currently processing for production to Plaintiff records that have been identified as responsive. Defendants had previously reported that additional resources were being sought to assist undersigned counsel in the review of potentially responsive documents. As of July 12, an additional individual was able to begin assisting in the review.

Dated: July 13, 2018                        Respectfully submitted,


                                            CHAD A. READLER
                                            Acting Assistant Attorney General

                                            ALEX G. TSE
                                            Acting United States Attorney

                                            ANTHONY J. COPPOLINO
                                            Deputy Branch Director

                                            _____*/s/ Julia A. Heiman*_____
                                            JULIA A. HEIMAN, Bar No. 241415
                                            Senior Counsel
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            P.O. Box 883
                                            Washington, D.C. 20044
                                            julia.berman@usdoj.gov
                                            *Attorneys for Defendants*