CHAD A. READLER
Acting Assistant Attorney General
ALEX G. TSE
Acting United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
JULIA A. HEIMAN
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

  P.O. Box 883
  Washington, D.C.  20044
  Telephone:  (202) 616-8480
  Facsimile:  (202) 616-8470
  Email: julia.heiman@usdoj.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFFERSON B. SESSIONS, III, United States Attorney General, *et al.*, <br><br> Defendants. | Case No. 14-cv-4480-YGR <br><br><br><br><br> **STATUS REPORT** <br><br> Discovery Compliance Hearing <br> August 31, 2018 at 9:01 a.m. <br> Hon. Yvonne Gonzalez Rogers |

### **Defendants' Status Report**

Defendants respectfully submit this status report pursuant to the Court's April 2018 Order, ECF No. 200, granting the parties' stipulated request regarding discovery, and requiring, in relevant part, that Defendants report the FBI's progress in complying with the discovery schedule on a biweekly basis.

Between August 10 and August 23, the FBI's efforts have been focused on reviewing responsive documents exported from the FBI's e-discovery platform for identification of privileged information and processing for production to Twitter. During this time period, preliminary processing and secondary review have substantially been completed,[1] and 3,022 pages underwent final review by FBI counsel.

Separately, as reported in the Defendants' prior submissions, the Department of Justice (DOJ) also has collected materials responsive to Plaintiff's discovery requests and is proceeding with its review of those materials for responsiveness. To date, DOJ has reviewed for responsiveness 26,016 documents, and identified 3,890 documents as responsive.

**Joint Statement**

Pursuant to the Court's August 10, 2018 Order, directing the parties to report jointly on the status of their meet and confer efforts with respect to the privilege overbreadth concerns raised in Twitter's Statement of Non-Opposition, ECF No. 221 at 2, the parties jointly report that their meet and confer efforts are continuing. Twitter sent a letter to Defendants on July 31, 2018, identifying reasons why Twitter believes certain categories of documents (*e.g.*, communications with members of Congress, and agency discussions regarding Twitter's 2014 draft Transparency Report) are being incorrectly withheld (in whole or in part) on privilege grounds. On August 16, 2018, counsel for the parties engaged in an extended telephone conversation regarding the issues raised by Twitter, and counsel for Defendants also emailed Plaintiff's counsel, sharing case law to explain certain of Defendants' positions. Defendants have agreed to respond in a more fulsome manner, by August 31, 2018, to Twitter's letter addressing these issues. Defendants also have agreed to share information with Twitter regarding a sample of the documents from their unclassified systems regarding which a privilege log has not yet been created, and to supplement the privilege log that has already been produced, to help inform Twitter's analysis of Defendants' withholdings. The parties intend to confer shortly after Defendants send their

---

[1] FBI Office of the General Counsel (OGC) longstanding policy requires that documents undergo at least one level of Supervisory Paralegal Specialist review of initial processing, followed by attorney review, prior to final production of documents.

response to Twitter's July 31 letter to determine if disputed privilege issues remain that need to be brought before the Court.

Dated:  August 24, 2018                    Respectfully submitted,

                                        CHAD A. READLER
                                      Acting Assistant Attorney General

                                        ALEX G. TSE
                                        Acting United States Attorney

                                        ANTHONY J. COPPOLINO
                                        Deputy Branch Director

                                        */s/ Julia A. Heiman*
                                        JULIA A. HEIMAN, Bar No. 241415
                                        Senior Counsel
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        P.O. Box 883
                                        Washington, D.C. 20044
                                        julia.heiman@usdoj.gov
                                        *Attorneys for Defendants*