JOSEPH H. HUNT
Assistant Attorney General
ALEX G. TSE
Acting United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
JULIA A. HEIMAN
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 616-8480
Facsimile:  (202) 616-8470
Email: julia.heiman@usdoj.gov

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TWITTER, INC.,<br><br>    Plaintiff,<br><br>        v.<br><br>JEFFERSON B. SESSIONS, III, United States<br>    Attorney General, *et al.*,<br><br>    Defendants. | Case No. 14-cv-4480-YGR<br><br><br><br><br><br>**STATUS REPORT**<br><br>Discovery Compliance Hearing<br>November 9, 2018 at 9:01 a.m.<br>Hon. Yvonne Gonzalez Rogers |

**Defendants' Status Report**

Defendants respectfully submit this status report pursuant to the Court's April 2018 Order, ECF No. 200, granting the parties' stipulated request regarding discovery, and requiring, in relevant part, that Defendants report the FBI's progress in complying with the discovery schedule on a biweekly basis.

Consistent with the discovery schedule that the Court entered on October 10, 2018, pursuant to the parties' stipulated request, *see* ECF No. 235, and as modified on October 30, 2018, *see* ECF No. 238 (granting Defendants' administrative motion), DOJ has continued to focus its efforts on the creation of a privilege log addressing materials from its unclassified systems, and produced to Plaintiff Part 2 of its privilege log on October 26, 2018.

The FBI, too, has continued to focus its resources on the creation of a privilege log to the extent possible during this reporting period.[1]

**Joint Statement**

DOJ produced another portion of its privilege log on October 26, 2018, and Twitter is reviewing the entries in that log and the previously-produced log to determine how to proceed as to the privileges that DOJ has identified.  Twitter is awaiting the balance of the log, to be produced on November 5, to inform its decision-making as well.

Dated:  November 2, 2018              Respectfully submitted,


JOSEPH H. HUNT
Assistant Attorney General

ALEX G. TSE
Acting United States Attorney

ANTHONY J. COPPOLINO
Deputy Branch Director

     */s/ Julia A. Heiman*
JULIA A. HEIMAN, Bar No. 241415
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044

---

[1] As the Defendants reported in their October 19, 2018 status report, a family medical emergency has rendered unavailable the attorney primarily responsible for this case at the FBI— that attorney continues to be out of the office, and it is not yet known when she will be able to return.

julia.heiman@usdoj.gov
*Attorneys for Defendants*