JOSEPH H. HUNT
Assistant Attorney General
ALEX G. TSE
Acting United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
JULIA A. HEIMAN
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 616-8480
Facsimile:  (202) 616-8470
Email: julia.heiman@usdoj.gov

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW G. WHITAKER, Acting Attorney General of the United States,[1] *et al.*, <br><br> Defendants. | Case No. 14-cv-4480-YGR <br><br><br> **STATUS REPORT** <br><br> Hon. Yvonne Gonzalez Rogers |

---

[1] Matthew G. Whitaker, the Acting Attorney General of the United States, is substituted as defendant in this action, pursuant to Fed. R. Civ. P. 25(d).

1  Defendants respectfully submit this status report pursuant to the Court's April 2018
2  Order, ECF No. 200, granting the parties' stipulated request regarding discovery, and requiring,
3  in relevant part, that Defendants report the FBI's progress in complying with the discovery
4  schedule on a biweekly basis.

Consistent with the discovery schedule that the Court entered on October 10, 2018, pursuant to the parties' stipulated request, *see* ECF No. 235, Defendants produced supplemental responses to Plaintiff's interrogatories on November 13, 2018, and, on November 16, 2018 Defendants completed their production of materials from their unclassified systems.

Additionally, on November 5 and 6, 2018, *see* ECF No. 238 (granting Defendants' administrative motions to extend time for completion of DOJ's privilege log), DOJ completed the production of its privilege log for materials from its unclassified systems.  The FBI will be providing Plaintiff its privilege log for materials from its unclassified system during the coming week as well.

Dated:  November 16, 2018               Respectfully submitted,


                                        JOSEPH H. HUNT
                                        Assistant Attorney General

                                        ALEX G. TSE
                                        Acting United States Attorney

                                        ANTHONY J. COPPOLINO
                                        Deputy Branch Director

                                            */s/ Julia A. Heiman*
                                        JULIA A. HEIMAN, Bar No. 241415
                                        Senior Counsel
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        P.O. Box 883
                                        Washington, D.C. 20044
                                        julia.heiman@usdoj.gov
                                        *Attorneys for Defendants*