1  JOSEPH H. HUNT
     Assistant Attorney General
2  ALEX G. TSE
     Acting United States Attorney
3  ANTHONY M. COPPOLINO
     Deputy Branch Director
4  JULIA A. HEIMAN Bar No. 241415
     Senior Counsel
5  United States Department of Justice
   Civil Division, Federal Programs Branch
6    P.O. Box 883
     Washington, D.C. 20044
7    Telephone: (202) 616-8480
     Facsimile:  (202) 616-8470
8    Email: Julia.Heiman@usdoj.gov
   *Attorneys for Defendants*
9
   MAYER BROWN LLP
10 LEE H. RUBIN (SBN 141331)
     lrubin@mayerbrown.com
11 SAMANTHA BOOTH (SBN 298852)
     sbooth@mayerbrown.com
12   Two Palo Alto Square, Suite 300
     3000 El Camino Real
13   Palo Alto, CA 94306-2112
     Telephone:   (650) 331-2000
14   Facsimile:   (650) 331-2060
   *Attorneys for Plaintiff Twitter, Inc.*
15
                   **UNITED STATES DISTRICT COURT**
16                 **NORTHERN DISTRICT OF CALIFORNIA**
17                        **OAKLAND DIVISION**

18 | TWITTER, INC.,                                         | Case No. 14-cv-4480-YGR
19 |     Plaintiff,                                         |
20 | v.                                                     |
21 | MATTHEW G. WHITAKER,                                   | [~~PROPOSED~~] **ORDER** GRANTING
   |   Acting Attorney General of the United States,       | STIPULATED REQUEST TO
22 |                                                        | SET  DISCOVERY SCHEDULE
   | UNITED STATES DEPARTMENT OF
23 | JUSTICE,
24 | CHRISTOPHER WRAY, Director of the                      | Hon. Yvonne Gonzalez Rogers
25 | Federal Bureau of Investigation, and THE
   | FEDERAL BUREAU OF INVESTIGATION,
26
27 |     Defendants.
28

1
2      Pursuant to stipulation of the parties, the Court HEREBY ORDERS that Defendants shall
3  produce their remaining logs for classified documents by February 15, 2019.
4      IT IS SO ORDERED.
5
6  Dated:  December 14, 2018                    _____
7                                               HON. YVONNE GONZALEZ ROGERS
                                                 UNITED STATES DISTRICT JUDGE

2

[~~PROPOSED~~] ORDER – Case No. 14-cv-4480-YGR