JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
JULIA A. HEIMAN
Senior Counsel
CHRISTOPHER HEALY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 616-8480
Facsimile:  (202) 616-8470
Email: julia.heiman@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW G. WHITAKER, Acting Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. 14-cv-4480-YGR <br><br><br><br><br><br><br> **NOTICE TO THE COURT OF RESTORATION OF APPROPRIATIONS** <br><br> Hon. Yvonne Gonzalez Rogers |

*Twitter, Inc. v. Whitaker, et al.,* Case No. 14-cv-4480-YGR                                                                              1
Notice to the Court
of Restoration of Appropriations

On January 2, 2019, this Court granted in part Defendants' motion for a stay of all proceedings in the above-captioned case commensurate with the duration of the lapse of appropriations for the Department of Justice. *See* ECF No. 262. The Court ordered Defendants to respond to the Order to Show Cause issued on January 2, 2019, and set a schedule for briefing and argument related thereto, but otherwise stayed proceedings in this matter. *See id.*

As of January 25, 2019, after a 35-day lapse, funding was restored for the Department of Justice through February 15, 2019, and the Department has now resumed its usual civil litigation functions. Defendants request the opportunity to meet and confer with Plaintiff's counsel for the purpose of submitting to the Court a proposed schedule for the previously-stayed deadlines, *i.e.*, briefing and discovery deadlines other than the briefing and argument related to the January 2, 2019 Order to Show Cause, that takes into account the duration of the lapse in appropriations no later than Friday, February 1.

Dated:  January 28, 2019                         Respectfully submitted,


                                                 JOSEPH H. HUNT
                                                 Assistant Attorney General

                                                 DAVID L. ANDERSON
                                                 United States Attorney

                                                 ANTHONY J. COPPOLINO
                                                 Deputy Branch Director

                                                     */s/ Julia A. Heiman*
                                                 JULIA A. HEIMAN, Bar No. 241415
                                                 Senior Counsel
                                                 CHRISTOPHER HEALY
                                                 Trial Attorney
                                                 U.S. Department of Justice
                                                 Civil Division, Federal Programs Branch
                                                 P.O. Box 883
                                                 Washington, D.C. 20044
                                                 julia.heiman@usdoj.gov
                                                 *Attorneys for Defendants*

*Twitter, Inc. v. Whitaker, et al.,* Case No. 14-cv-4480-YGR                                                          2
Notice to the Court
of Restoration of Appropriations