UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TWITTER, INC.**,<br><br>             Plaintiff,<br><br>      v.<br><br>**MATTHEW G. WHITAKER,** *ET AL.*,<br><br>             Defendants. | Case No.  14-cv-04480-YGR<br><br>**ORDER VACATING STAY, DIRECTING PARTIES TO MEET AND CONFER**<br><br>Dkt. No. 262 |

In light of the restoration of funding for the Department of Justice:

(1) the stay previously entered on January 2, 2019 (Dkt. No. 262) is **VACATED**;

(2) the parties are directed to meet and confer and submit to the Court a proposed schedule to complete briefing on plaintiff's pending Motion Challenging Defendants' Privilege Designations (Dkt. No. 258) and any other outstanding deadlines in the action.

The parties shall submit a joint status statement no later than **February 1, 2019**.

**IT IS SO ORDERED.**

Dated: January 29, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**