JOSEPH H. HUNT
  Assistant Attorney General
DAVID L. ANDERSON
  United States Attorney
ANTHONY J. COPPOLINO
  Deputy Branch Director
JULIA A. HEIMAN (Bar No. 241415)
  Senior Counsel
CHRISTOPHER HEALY
  Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
  P.O. Box 883
  Washington, D.C. 20044
  Telephone: (202) 616-8480
  Facsimile:  (202) 616-8470
  Email: Julia.Heiman@usdoj.gov
*Attorneys for Defendants*

MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
  lrubin@mayerbrown.com
SAMANTHA BOOTH (SBN 298852)
  sbooth@mayerbrown.com
  Two Palo Alto Square, Suite 300
  3000 El Camino Real
  Palo Alto, CA 94306-2112
  Telephone:   (650) 331-2000
  Facsimile:   (650) 331-2060
*Attorneys for Plaintiff Twitter, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| TWITTER, INC., | Case No. 14-cv-4480-YGR |
| Plaintiff, | **JOINT STIPULATION REGARDING TWITTER'S PENDING PRIVILEGE CHALLENGE MOTION AND OTHER OUTSTANDING DEADLINES** |
| v. | |
| MATTHEW G. WHITAKER, Acting Attorney General of the United States, *et al.* | |
| Defendants. | Hon. Yvonne Gonzalez Rogers |

1  Pursuant to Local Rules 6-1 and 6-2—and in accordance with the Court's January 29,

2  2019 Order directing the parties to meet and confer regarding outstanding deadlines (Dkt. No.

3  267)—Plaintiff Twitter, Inc. and Defendants Matthew G. Whitaker, the United States

4  Department of Justice, Christopher Wray, and the Federal Bureau of Investigation (collectively,

5  "Defendants"), by and through their respective counsel of record, submit the following joint

6  stipulation regarding outstanding deadlines in this case.

7  WHEREAS:

8  1.   On November 26, 2018, the Court issued a Minute Order ("Minute Order")

9  setting the following deadlines on Twitter's motion challenging Defendants' privilege claims

10  over certain bellwether documents:  Any motion was to be filed by December 21, 2018, the

11  deadline for the Government's opposition was January 11, 2019, and the deadline for Twitter's

12  reply was January 22, 2019.  *See* Dkt. No. 247.  The Court set a hearing on the privilege motion

13  for February 5, 2019.  *Id.*

14  2.   Additionally, on December 14, 2018, the Court granted the parties' stipulated

15  request to set a discovery schedule, and set a deadline of February 15, 2019, for the production of

16  Defendants' remaining logs for classified documents.  *See* Dkt. No. 253.

17  3.   In accordance with the Court's November 26, 2018 Minute Order, Twitter filed a

18  motion challenging Defendants' privilege designations over certain "bellwether" documents on

19  December 21, 2018 ("Privilege Motion").  *See* Dkt. No. 258.

20  4.   At the end of the day on December 21, 2018, the appropriations act that had been

21  funding the Department of Justice expired and appropriates to the Department lapsed.  *See* Dkt.

22  No. 259, at 1.  Defendants accordingly filed an Unopposed Motion for a Stay in Light of Lapse

23  of Appropriations on December 26, 2018 ("Stay Motion").  *See generally id.*

24  5.   On January 2, 2019, the Court granted in part and denied in part Defendants' Stay

25  Motion.  *See* Dkt. No. 262.  The Court granted the Stay Motion as to Twitter's pending Privilege

26  Motion, but denied Defendants' Stay Motion as to the briefing on the Court's Order to Show

27

28

1    Cause (Dkt. No. 261).  The Court accordingly vacated the February 5, 2019 hearing on Twitter's

2    Privilege Motion.

3           6.      On January 29, 2019, the Court issued an order vacating the stay entered by its

4    January 2, 2019 order and directing the parties (a) to meet and confer and (b) to submit to the

5    Court no later than February 1, 2019 a joint status statement and proposed schedule to complete

6    briefing on Twitter's pending Privilege Motion and "any other outstanding deadlines in the

7    action" (the "Order").  *See* Dkt. 267.

8           7.      As directed by the Court, counsel for the parties met and conferred on January 30,

9    2018, via both telephone and email, regarding outstanding deadlines in this matter.

10          8.      The parties have agreed to and hereby propose the following deadlines:

11                  a.   Defendants' opposition to Twitter's Privilege Motion shall be due **February**

12                       **25, 2019**;

13                  b.   Twitter's reply in support of its Privilege Motion shall be due **March 14,**

14                       **2019**;

15                  c.   A hearing on Twitter's Privilege Motion shall be set for **March 27, 2019**, or

16                       any time thereafter that is convenient for the Court;

17                  d.   The Government shall resume filing its bi-weekly discovery status reports on

18                       **February 15, 2019**; and

19                  e.   The Government shall produce its remaining logs for classified documents on

20                       **March 22, 2019.**

21          9.      The parties jointly submit that the proposed deadlines above are the product of an

22   effort by the parties to accommodate both parties' travel and business commitments.  Defendants

23   have requested additional time to respond to Twitter's Privilege Motion to accommodate their

24   significant backlog resulting from the extended lapse in appropriations.  And the requested

25   extension of time to accommodate Defendants' workload produces conflicts with various

26   preexisting travel commitments and deadlines for Twitter's counsel in other matters.

27          10.     A proposed order on the parties' joint stipulation is attached hereto.

28

1

2    Agreed to and submitted by:

3     Dated:  February 1, 2019                  MAYER BROWN LLP

4                                                /s/ Lee H. Rubin
                                                 MAYER BROWN LLP
5                                                LEE H. RUBIN (SBN 141331)
                                                 lrubin@mayerbrown.com
6                                                SAMANTHA BOOTH (SBN 298852)
                                                 sbooth@mayerbrown.com
7                                                Two Palo Alto Square, Suite 300
                                                 3000 El Camino Real
8                                                Palo Alto, CA 94306-2112
                                                 Telephone:     (650) 331-2000
9                                                Facsimile:     (650) 331-2060

10                                               *ATTORNEYS FOR PLAINTIFF*
                                                 TWITTER, INC.
11

12           Pursuant to General Order No. 45, I, Lee H. Rubin, attest that I obtained concurrence in
     the filing of this document from the following signatories.
13

14   Dated: February 1, 2019                     JOSEPH H. HUNT
                                                    Assistant Attorney General
15                                               DAVID L. ANDERSON
                                                    United States Attorney
16                                               ANTHONY J. COPPOLINO
                                                    Deputy Branch Director
17                                               JULIA A. HEIMAN (Bar No. 241415)
                                                    Senior Counsel
18                                               CHRISTOPHER HEALY
                                                    Trial Attorney
19

20                                                  */s/* Julia A. Heiman
                                                 JULIA A. HEIMAN, Bar No. 241415
21                                               U.S. Department of Justice
                                                 Civil Division, Federal Programs Branch
22                                               P.O. Box 883
                                                 Washington, D.C. 20044
23                                               Julia.Heiman@usdoj.gov

24
                                                 *Attorneys for Defendants*
25

26

27

28

                                                  4

JOSEPH H. HUNT
  Assistant Attorney General
DAVID L. ANDERSON
  United States Attorney
ANTHONY J. COPPOLINO
  Deputy Branch Director
JULIA A. HEIMAN (Bar No. 241415)
  Senior Counsel
CHRISTOPHER HEALY
  Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
  P.O. Box 883
  Washington, D.C. 20044
  Telephone: (202) 616-8480
  Facsimile:  (202) 616-8470
  Email: Julia.Heiman@usdoj.gov
*Attorneys for Defendants*

MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
  lrubin@mayerbrown.com
SAMANTHA BOOTH (SBN 298852)
  sbooth@mayerbrown.com
  Two Palo Alto Square, Suite 300
  3000 El Camino Real
  Palo Alto, CA 94306-2112
  Telephone:   (650) 331-2000
  Facsimile:    (650) 331-2060
*Attorneys for Plaintiff Twitter, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| TWITTER, INC., | Case No. 14-cv-4480-YGR |
| Plaintiff, | **[PROPOSED] ORDER ON JOINT STIPULATION REGARDING TWITTER'S PENDING PRIVILEGE CHALLENGE MOTION AND OTHER OUTSTANDING DEADLINES** |
| v. | |
| MATTHEW G. WHITAKER, Acting Attorney General of the United States, *et al.* | |
| Defendants. | Hon. Yvonne Gonzalez Rogers |

1    Pursuant to the Court's January 29, 2019 Order (Dkt. No. 267) and joint stipulation of

2  the parties, the Court sets the following deadlines for completion of briefing on Twitter's

3  pending Motion Challenging Defendants' Privilege Designations (Dkt. No. 258) ("Privilege

4  Motion") and outstanding discovery in this matter:

5    a.  Defendants' opposition to Twitter's Privilege Motion shall be due **February 25,**

6        **2019**;

7    b.  Twitter's reply in support of its Privilege Motion shall be due **March 14, 2019**;

8    c.  A hearing on Twitter's Privilege Motion shall be set for **March 27, 2019**, or any time

9        thereafter that is convenient for the Court [_____];

10   d.  The Government shall resume filing its bi-weekly discovery status reports on

11       **February 15, 2019**; and

12   e.  The Government shall produce its remaining logs for classified documents on **March**

13       **22, 2019.**

14

15

16  **IT IS SO ORDERED**

17   Dated: _____, 2019      By:_____

18                                        Hon. Yvonne Gonzalez Rogers
                                          United States District Court Judge
19

20

21

22

23

24

25

26

27

28                                   2