JOSEPH H. HUNT
  Assistant Attorney General
DAVID L. ANDERSON
  United States Attorney
ANTHONY J. COPPOLINO
  Deputy Branch Director
JULIA A. HEIMAN (Bar No. 241415)
  Senior Counsel
CHRISTOPHER HEALY
  Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
  P.O. Box 883
  Washington, D.C. 20044
  Telephone: (202) 616-8480
  Facsimile:  (202) 616-8470
  Email: Julia.Heiman@usdoj.gov
*Attorneys for Defendants*

MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
  lrubin@mayerbrown.com
SAMANTHA BOOTH (SBN 298852)
  sbooth@mayerbrown.com
  Two Palo Alto Square, Suite 300
  3000 El Camino Real
  Palo Alto, CA 94306-2112
  Telephone:   (650) 331-2000
  Facsimile:   (650) 331-2060
*Attorneys for Plaintiff Twitter, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW G. WHITAKER, Acting Attorney General of the United States, *et al.* <br><br> Defendants. | Case No. 14-cv-4480-YGR <br><br> [~~PROPOSED~~] **ORDER ON JOINT STIPULATION REGARDING TWITTER'S PENDING PRIVILEGE CHALLENGE MOTION AND OTHER OUTSTANDING DEADLINES** <br><br> Hon. Yvonne Gonzalez Rogers |

Pursuant to the Court's January 29, 2019 Order (Dkt. No. 267) and joint stipulation of the parties, the Court sets the following deadlines for completion of briefing on Twitter's pending Motion Challenging Defendants' Privilege Designations (Dkt. No. 258) ("Privilege Motion") and outstanding discovery in this matter:

a. Defendants' opposition to Twitter's Privilege Motion shall be due **February 25, 2019**;

b. Twitter's reply in support of its Privilege Motion shall be due **March 14, 2019**;

c. A hearing on Twitter's Privilege Motion shall be set for April 2, 2019, at 2:00 p.m.

d. The Government shall resume filing its bi-weekly discovery status reports on **February 15, 2019**; and

e. The Government shall produce its remaining logs for classified documents on **March 22, 2019.**

**IT IS SO ORDERED**

Dated: February 7, 2019   By: _____
Hon. Yvonne Gonzalez-Rogers
United States District Court Judge