JOSEPH H. HUNT
  Assistant Attorney General
DAVID L. ANDERSON
  United States Attorney
ANTHONY M. COPPOLINO
  Deputy Branch Director
JULIA A. HEIMAN Bar No. 241415
  Senior Counsel
CHRISTOPHER HEALY
  Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
  P.O. Box 883
  Washington, D.C. 20044
  Telephone: (202) 616-8480
  Facsimile:  (202) 616-8470
  Email: Julia.Heiman@usdoj.gov
*Attorneys for Defendants*

MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
  lrubin@mayerbrown.com
SAMANTHA BOOTH (SBN 298852)
  sbooth@mayerbrown.com
  Two Palo Alto Square, Suite 300
  3000 El Camino Real
  Palo Alto, CA 94306-2112
  Telephone:  (650) 331-2000
  Facsimile:   (650) 331-2060
*Attorneys for Plaintiff Twitter, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW G. WHITAKER, Acting Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. 14-cv-4480-YGR <br><br> **STIPULATED REQUEST TO SET A SCHEDULE FOR RESOLUTION OF STATE SECRETS ISSUE** <br><br> Hon. Yvonne Gonzalez Rogers |

Plaintiff Twitter, Inc. and Matthew G. Whitaker, the United States Department of Justice, Christopher Wray, and the Federal Bureau of Investigation (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate as follows.

WHEREAS:

1. On January 2, 2018, the Court issued the Order to Show Cause Re: Disclosure of Declaration Submitted *In Camera*, ECF No. 261 ("Order to Show Cause"), which required Defendants to demonstrate why they should not be ordered to disclose to Plaintiff's counsel the Classified Declaration of Executive Assistant Director ("EAD") Steinbach ("Classified Declaration").  *See* ECF No. 261.

2. As Defendants explained in their Response to the Order to Show Cause ("Response"), the Government had initiated, but had yet not completed, deliberations regarding whether to assert the state secrets privilege to protect the Classified Declaration from disclosure. *See* ECF No. 264 at 1.

3. In its Opposition to the Government's Response, Twitter indicated that it did not object to the Government being given time to complete its consideration of whether to invoke the state secrets privilege if it could complete its review no later than March 17, 2019.  Dkt. No. 265, at 3, 20.

4. Although the parties had initially understood that there was to be a hearing addressing the Order to Show Cause on February 15, 2019, the parties observed that there was no hearing set on the Court's calendar.  Accordingly, on February 8, 2019, the parties jointly contacted the Courtroom Deputy, who confirmed that the Court did not plan to hold a hearing in this matter on February 15, 2019.  During that call, the parties also discussed that the Government's deliberations regarding the potential assertion of the state secrets privilege over the Classified Declaration were ongoing.  The Courtroom Deputy instructed to parties to file a stipulation, regarding a deadline for the Government to complete its consideration of whether to assert the state secrets privilege in this matter.[1]

---

[1] The parties had intended to submit their stipulation by February 11, 2019, but, despite their best efforts, were not able to finalize the instant stipulation until February 12, 2019.

5. As directed by the Court on February 8, 2019, the parties have met and conferred and respectfully request that the Court set the following schedule for further proceedings related to the Government's potential invocation of the state secrets privilege over the Classified Declaration:

    a) By March 15, 2019, the Government will inform the Court and Twitter whether it intends to assert the state secrets privilege in this matter.

    b) By March 19, 2019, the parties will submit a proposed schedule for further proceedings based on the Government's decision regarding an assertion of the state secrets privilege (including a proposed briefing schedule if the Government does decide to invoke the state secrets privilege).

Agreed to and submitted by:

Dated: February 12, 2019
    MAYER BROWN LLP

    /s/ Lee H. Rubin
    MAYER BROWN LLP
    LEE H. RUBIN (SBN 141331)
    lrubin@mayerbrown.com
    SAMANTHA BOOTH (SBN 298852)
    sbooth@mayerbrown.com
    Two Palo Alto Square, Suite 300
    3000 El Camino Real
    Palo Alto, CA 94306-2112
    Telephone:   (650) 331-2000
    Facsimile:    (650) 331-2060

*ATTORNEYS FOR PLAINTIFF*
TWITTER, INC.

Dated: February 12, 2019
    JOSEPH H. HUNT
    Assistant Attorney General

    DAVID L. ANDERSON
    United States Attorney

    ANTHONY J. COPPOLINO

|   |   |
|---|---|
| 1 | Deputy Branch Director |
| 2 |    */s/ Julia A. Heiman* |
|   | JULIA A. HEIMAN, Bar No. 241415 |
| 3 | Senior Counsel |
|   | CHRISTOPHER HEALY |
| 4 | Trial Attorney |
|   | U.S. Department of Justice |
| 5 | Civil Division, Federal Programs Branch |
|   | P.O. Box 883 |
| 6 | Washington, D.C. 20044 |
| 7 | julia.heiman@usdoj.gov |
| 8 | *Attorneys for Defendants* |

I, Julia A. Heiman, attest that I obtained concurrence of Plaintiff's counsel in the filing of this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 12, 2019          */s/ Julia A. Heiman*
                                                        JULIA A. HEIMAN, Bar No. 241415
                                                        Senior Counsel

| | |
|---|---|
| 1 | JOSEPH H. HUNT |
| |   Assistant Attorney General |
| 2 | DAVID L. ANDERSON |
| |   United States Attorney |
| 3 | ANTHONY M. COPPOLINO |
| |   Deputy Branch Director |
| 4 | JULIA A. HEIMAN Bar No. 241415 |
| |   Senior Counsel |
| 5 | CHRISTOPHER HEALY |
| | Trial Attorney |
| 6 | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| 7 |   P.O. Box 883 |
| |   Washington, D.C. 20044 |
| 8 |   Telephone: (202) 616-8480 |
| |   Facsimile:  (202) 616-8470 |
| 9 |   Email: Julia.Heiman@usdoj.gov |
| 10 | *Attorneys for Defendants* |

MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
  lrubin@mayerbrown.com
SAMANTHA BOOTH (SBN 298852)
  sbooth@mayerbrown.com
  Two Palo Alto Square, Suite 300
  3000 El Camino Real
  Palo Alto, CA 94306-2112
  Telephone:   (650) 331-2000
  Facsimile:   (650) 331-2060
*Attorneys for Plaintiff Twitter, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| TWITTER, INC., | Case No. 14-cv-4480-YGR |
| Plaintiff, | |
| v. | |
| MATTHEW G. WHITAKER, Acting Attorney General of the United States, *et al.*, | |
| | [PROPOSED] ORDER |
| Defendants. | Hon. Yvonne Gonzalez Rogers |

[PROPOSED] ORDER – Case No. 14-cv-4480-YGR

Pursuant to stipulation of the parties, the Court HEREBY ORDERS that:

1. By March 15, 2019, the Government will inform the Court and Twitter whether it intends to assert the state secrets privilege in this matter.

2. By March 19, 2019, the parties will submit a proposed schedule for further proceedings based on the Government's decision regarding an assertion of the state secrets privilege (including a proposed briefing schedule if the Government does decide to invoke the state secrets privilege).

IT IS SO **ORDERED**, this _____ day of _____, 2019.


Dated: _____     _____
                               HON. YVONNE GONZALEZ ROGERS
                               UNITED STATES DISTRICT JUDGE