1  JOSEPH H. HUNT
     Assistant Attorney General
2  DAVID L. ANDERSON
     United States Attorney
3  ANTHONY M. COPPOLINO
     Deputy Branch Director
4  JULIA A. HEIMAN Bar No. 241415
     Senior Counsel
5  CHRISTOPHER HEALY
   Trial Attorney
6  United States Department of Justice
   Civil Division, Federal Programs Branch
7    P.O. Box 883
     Washington, D.C. 20044
8    Telephone: (202) 616-8480
     Facsimile:  (202) 616-8470
9    Email: Julia.Heiman@usdoj.gov
   *Attorneys for Defendants*
10
   MAYER BROWN LLP
11 LEE H. RUBIN (SBN 141331)
     lrubin@mayerbrown.com
12 SAMANTHA BOOTH (SBN 298852)
     sbooth@mayerbrown.com
13   Two Palo Alto Square, Suite 300
     3000 El Camino Real
14   Palo Alto, CA 94306-2112
     Telephone:  (650) 331-2000
15   Facsimile:   (650) 331-2060
   *Attorneys for Plaintiff Twitter, Inc.*
16

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TWITTER, INC., | Case No. 14-cv-4480-YGR |
| Plaintiff, | ORDER GRANTING STIPULATION |
| v. | TO SET SCHEDULE FOR |
| MATTHEW G. WHITAKER, Acting Attorney General of the United States, *et al.*, | RESOLUTION OF STATE SECRETS ISSUE |
| Defendants. | |

ORDER – Case No. 14-cv-4480-YGR

Pursuant to stipulation of the parties, the Court HEREBY ORDERS that:

1. By March 15, 2019, the Government will inform the Court and Twitter whether it intends to assert the state secrets privilege in this matter.

2. By March 19, 2019, the parties will submit a proposed schedule for further proceedings based on the Government's decision regarding an assertion of the state secrets privilege (including a proposed briefing schedule if the Government does decide to invoke the state secrets privilege).

IT IS SO **ORDERED**.

Dated:  February 14, 2019

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE