JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
JULIA A. HEIMAN
Senior Counsel
CHRISTOPHER HEALY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 616-8480
Facsimile: (202) 616-8470
Email: julia.heiman@usdoj.gov

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States, *et al.*,[1] <br><br> Defendants. | Case No. 14-cv-4480-YGR <br><br><br><br> **STATUS REPORT** <br><br> Hon. Yvonne Gonzalez Rogers |

---

[1] William P. Barr, the Attorney General of the United States, is substituted as defendant in this action, pursuant to Fed. R. Civ. P. 25(d).

Defendants respectfully submit this status report pursuant to the Court's April 2018 Order, ECF No. 200, granting the parties' stipulated request regarding discovery, and requiring, in relevant part, that Defendants report the FBI's progress in complying with the discovery schedule on a biweekly basis, and the Court's February 7, 2019, Order, ECF No. 270, requiring that the Defendants resume filing such reports on February 15, 2019.

In preparation for the completion of the logs for classified documents due to be submitted on March 22, 2019, *see* ECF No. 270, the FBI has commenced the review of materials from its remaining classified systems, and completed its initial responsiveness review. In the course of that effort, the FBI reviewed 3518 documents, and preliminarily identified 853 as responsive.

DOJ has been working to commence the review of documents from its classified systems as well. Specifically, personnel at DOJ have continued their efforts to facilitate access to the TOP SECRET system and the review platform thereon, to allow for the review of the materials from DOJ's classified systems to proceed. That process was completed this week, and it is anticipated that review can commence during the coming week, following training regarding the relevant review platform.

Dated:  February 15, 2019         Respectfully submitted,


                                  JOSEPH H. HUNT
                                  Assistant Attorney General

                                  DAVID L. ANDERSON
                                  United States Attorney

                                  ANTHONY J. COPPOLINO
                                  Deputy Branch Director

                                       */s/ Julia A. Heiman*
                                  JULIA A. HEIMAN, Bar No. 241415
                                  Senior Counsel
                                  CHRISTOPHER HEALY
                                  Trial Attorney
                                  U.S. Department of Justice
                                  Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C. 20044
julia.heiman@usdoj.gov
*Attorneys for Defendants*