JOSEPH H. HUNT
Assistant Attorney General
ALEX G. TSE
Acting United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
JULIA A. HEIMAN
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
  P.O. Box 883
  Washington, D.C.  20044
  Telephone:  (202) 616-8480
  Facsimile:  (202) 616-8470
  Email: julia.heiman@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITTER, INC., | Case No. 14-cv-4480-YGR |
| Plaintiff, | ORDER GRANTING ADMINISTRATIVE MOTION FOR EXTENSION OF TIME FOR BRIEFING RE: CHALLENGE TO PRIVILEGE DESIGNATION |
| v. | |
| WILLIAM P. BARR, United States Attorney General, *et al.*, | (Dkt. No. 258) |
| Defendants. | |

Defendants' Administrative Motion to Extend Time for Defendant's response to to Plaintiff's Motion Challenging Privilege Designations (Dkt. No. 258) is GRANTED.

IT IS HEREBY ORDERED that the deadlines set forth in the Court's Order (Dkt. No. 270) are

*Twitter, Inc. v. Barr, et al.,* Case No. 14-cv-4480-YGR

[PROPOSED] ORDER

1

amended as follows:

    a. Defendants' opposition to Twitter's Privilege Motion shall be due March 1, 2019;

    b. Twitter's reply in support of its Privilege Motion shall be due March 18, 2019;

    c. The hearing on Twitter's Privilege Motion shall remain set for April 2, 2019, at 2:00 p.m.

IT IS SO **ORDERED.**

Dated: February 21, 2019

                                      HON. YVONNE GONZALEZ ROGERS
                                      UNITED STATES DISTRICT JUDGE