| | |
|---|---|
| 1 | Hayley L. Berlin, Bar No. 1011549 |
|   | HBerlin@perkinscoie.com |
| 2 | Michael A. Sussmann |
|   | MSussmann@perkinscoie.com |
| 3 | PERKINS COIE LLP |
|   | 700 Thirteenth Street, N.W., Suite 600 |
| 4 | Washington, D.C.  20005-3960 |
|   | Telephone:  202.654.6200 |
| 5 | Facsimile:  202.654.6211 |
| 6 | James G. Snell, Bar No. 173070 |
|   | JSnell@perkinscoie.com |
| 7 | PERKINS COIE LLP |
|   | 3150 Porter Drive |
| 8 | Palo Alto, CA  94304 |
|   | Telephone: 650.838.4367 |
| 9 | Facsimile:  650.838.4567 |
| 10 | Attorneys for Plaintiff |
|    | Twitter, Inc. |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITTER, INC., | Case No. 4:14-cv-04480-YGR |
| Plaintiff, | **NOTICE OF CHANGE OF COUNSEL** |
| v. | |
| BARR, et al., | |
| Defendant. | |

PLEASE TAKE NOTICE pursuant to Local Civil Rule 5-1(c)(2)(C) that, effective immediately, Eric D. Miller is no longer counsel of record for Plaintiff in this matter.  On February 26, 2019, the Senate confirmed the nomination of Eric D. Miller to serve as a United States Circuit Judge for the Ninth Circuit.  All further contacts and correspondence should be directed to Hayley L. Berlin, James G. Snell, and Michael A. Sussman, who remain counsel for Plaintiff.

-1-

| | | |
|---|---|---|
| 1 | DATED:  February 28, 2019 | Respectfully Submitted, |
| 2 | | |
| 3 | | *s/ Eric D. Miller*<br>Eric D. Miller, Bar No. 218416<br>Withdrawing Attorney for Plaintiff |
| 4 | | Twitter, Inc. |

**PERKINS COIE LLP**
Hayley L. Berlin, Bar No. 1011549
HBerlin@perkinscoie.com
James G. Snell, Bar No. 173070
JSnell@perkinscoie.com
Michael A. Sussmann
MSussmann@perkinscoie.com
Attorneys for Plaintiff
Twitter, Inc.

-2-