JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
JULIA A. HEIMAN
Senior Counsel
CHRISTOPHER HEALY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 616-8480
Facsimile: (202) 616-8470
Email: julia.heiman@usdoj.gov

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TWITTER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al.*,<br><br>Defendants. | Case No. 14-cv-4480-YGR<br><br>**ERRATA TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION CHALLENGING DEFENDANTS' PRIVILEGE DESIGNATIONS**<br><br>Hon. Yvonne Gonzalez Rogers |

Defendants respectfully submit this errata to their Opposition to Plaintiff's Motion Challenging Defendants' Privilege Designations, ECF No. 278 (Defendants' Opposition). After the submission of Defendants' Opposition, counsel for Defendants discovered that the proposed

*Twitter, Inc. v. Barr, et al.*, Case No. 14-cv-4480-YGR 1
Errata to Defendants' Opposition to Plaintiff's
Motion Challenging Defendants' Privilege Designations

order that was to accompany Defendants' Opposition had been inadvertently omitted from the filing. Additionally, due to technical difficulties, undersigned counsel was not able to create the table of contents and table of authorities for Defendants' Opposition prior to the filing of that submission on Friday, March 1, 2019. Accordingly, Defendants respectfully submit herewith the proposed order, table of contents, and table of authorities for the Defendants' Opposition. *See* Appendix 1. Defendants apologize for any inconvenience that the absence of these materials caused to the Court or to Plaintiff.

Dated: March 5, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

ANTHONY J. COPPOLINO
Deputy Branch Director

*/s/ Julia A. Heiman*
JULIA A. HEIMAN, Bar No. 241415
Senior Counsel
CHRISTOPHER HEALY
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
julia.heiman@usdoj.gov
*Attorneys for Defendants*

*Twitter, Inc. v. Barr, et al.*, Case No. 14-cv-4480-YGR
Errata to Defendants' Opposition to Plaintiff's
Motion Challenging Defendants' Privilege Designations

2

# Appendix 1

JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
JULIA A. HEIMAN
Senior Counsel
CHRISTOPHER HEALY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-8095
Facsimile: (202) 616-8470
Email: Christopher.Healy@usdoj.gov

Attorneys for Defendants the Attorney General, *et al.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

TWITTER, INC.,

Plaintiff,

v.

WILLIAM P. BARR, United States Attorney General, *et al.*,

Defendants.

Case No. 14-cv-4480

[PROPOSED] ORDER

The Court, having considered the Plaintiff's Motion Challenging Defendants' Designations, the Defendants' opposition thereto, and any reply submitted in support thereof, hereby **ORDERS** that the Plaintiff's Motion is **DENIED**.

IT IS SO **ORDERED**, this _________ day of _____________, 2019.

Dated: ____________________

______________________________________
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

# TABLE OF CONTENTS

INTRODUCTION ........ 1

BACKGROUND ........ 2

ARGUMENT ........ 3

I. The Deliberative Process Privilege Has Been Validly Asserted with Respect to the Documents. ........ 3

II. The Government's Decision-making Process and Mental Impressions are not "At Issue," so Plaintiff Does not Have a Need for Deliberative Information ........ 7

III. The Documents are Validly Protected by the Attorney-Client Privilege and Work Product Doctrine ........ 9

CONCLUSION ........ 13

*Twitter, Inc. v. Barr, et al.*, Case No. 14-cv-4480-YGR
Defendants' Opposition to Plaintiff's Motion
Challenging Defendants' Privilege Designations

# TABLE OF AUTHORITIES

**Cases**

*Access Reports v. Dep't of Justice*,
926 F.2d 1192 (D.C. Cir. 1991) ........................................................................................ 4

*Assembly of State of Cal. v. U.S. Dep't of Commerce*,
968 F.2d 916 (9th Cir. 1992).................................................................................... 4, 7

*Carl Zeiss Stiftung v. V.E.B. Carl Zeiss, Jena*,
540 F.R.D. 318 (D.D.C. 1966) .......................................................................................... 3

*Carter v. Dep't of Commerce*,
307 F.3d 1084 (9th Cir. 2002)........................................................................................... 5

*Dep't of Interior v. Klamath Water Users Protective Ass'n*,
532 U.S. 1 (2001) ................................................................................................................ 3

*Elec. Frontier Found. v. Dep't of Justice*,
2016 WL 7406429 (N.D. Cal. Dec. 22, 2016) ................................................................ 10

*Hickman v. Taylor*,
329 U.S. 495 (1947) ........................................................................................................ 11

*Hinckley v. United States*,
140 F.3d 277 (D.C. Cir. 1998) .......................................................................................... 4

*Holmes v. Hernandez*,
700 F. Supp. 2d 1182 (N.D. Cal. 2009).............................................................................. 7

*In re Cal. Pub. Utils. Comm'n*,
892 F.2d 778 (9th Cir. 1989)............................................................................................ 11

*In re City of Erie*,
473 F.3d 413 (2d Cir. 2007) .............................................................................................. 9

*In re Grand Jury Investigation*,
974 F.2d 1068 (9th Cir. 1992)............................................................................................. 9

*In re Grand Jury Subpoena, Mark Torf/Torf Envtl. Mgmt. (Torf)*,
357 F.3d 900 (9th Cir. 2004)............................................................................................ 12

*In re Nat'l Sec. Letter*,
863 F.3d 1110 (9th Cir. 2017)....................................................................................... 7, 8

*In re Sealed Case*,
121 F.3d 729 (D.C. Cir. 1997) ........................................................................................... 3

*Twitter, Inc. v. Barr, et al.*, Case No. 14-cv-4480-YGR
Defendants' Opposition to Plaintiff's Motion
Challenging Defendants' Privilege Designations

*Karnoski v. Trump*,
2018 WL 1784464 (W.D. Wash Apr. 13, 2018) ........ 8, 9

*Landry v. FDIC*,
204 F.3d 1125 (D.C. Cir. 2000) ........ 4

*Maricopa Audubon Soc. v. U.S. Forest Serv.*,
108 F.3d 1089 (9th Cir. 1997) ........ 3-4

*NLRB v. Sears, Roebuck & Co*,
421 U.S. 132 (1975) ........ 3, 4

*Renegotiation Bd. v. Grumman Aircraft Eng'g Corp.*,
421 U.S. 168 (1975) ........ 3

*Riverkeeper v U.S. Army Corps of Eng'rs*,
38 F. Supp. 3d 1207 (D. Or. 2014) ........ 10

*Tax Analysts v. IRS*,
117 F. 3d 607 (D.C. Cir. 1997) ........ 5, 6

*United States v. Christensen*,
828 F.3d 763 (9th Cir. 2015) ........ 9

*United States v. Martin*,
278 F.3d 988 (9th Cir. 2002) ........ 10

*United States v. Nixon*,
418 U.S. 683 (1974) ........ 3

*Wiener v. FBI*,
943 F.2d 972 (9th Cir. 1991) ........ 10

*Upjohn Co. v. United States*,
449 U.S. 383 (1953) ........ 9

**Executive Orders**

Exec. Order No. 13526, 75 Fed. Reg. 707 (Dec. 29, 2009) ........ 7

*Twitter, Inc. v. Barr, et al.*, Case No. 14-cv-4480-YGR
Defendants' Opposition to Plaintiff's Motion
Challenging Defendants' Privilege Designations