JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
JULIA A. HEIMAN
Senior Counsel
CHRISTOPHER HEALY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 616-8480
Facsimile:  (202) 616-8470
Email: julia.heiman@usdoj.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. 14-cv-4480-YGR <br><br><br><br><br><br> **STATUS REPORT** <br><br> Hon. Yvonne Gonzalez Rogers |

Defendants respectfully submit this status report pursuant to the Court's April 2018 Order, ECF No. 200, granting the parties' stipulated request regarding discovery, and requiring, in relevant part, that Defendants report their progress in complying with the discovery schedule

on a biweekly basis, and the Court's February 7, 2019, Order, ECF No. 270, requiring that the Defendants resume filing such reports on February 15, 2019.

As reported in Defendants' previous status report, the FBI has completed its initial review of the documents from its remaining classified systems, and has now turned its efforts to the preparation of the logs for classified documents due to be produced to Plaintiff on March 22, 2019, *see* ECF No. 270.  The DOJ also has begun work on its logs for classified documents, and has nearly completed its review of documents from classified systems as well; fewer than one hundred documents have yet to undergo initial responsiveness review.

Dated:  March 15, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

ANTHONY J. COPPOLINO
Deputy Branch Director

   /s/ Julia A. Heiman
JULIA A. HEIMAN, Bar No. 241415
Senior Counsel
CHRISTOPHER HEALY
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
julia.heiman@usdoj.gov
*Attorneys for Defendants*