JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
JULIA A. HEIMAN
Senior Counsel
CHRISTOPHER HEALY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 616-8480
Facsimile: (202) 616-8470
Email: julia.heiman@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. 14-cv-4480-YGR <br><br> **NOTICE OF LODGING OF CLASSIFIED DECLARATION OF MICHAEL C. MCGARRITY FOR *EX PARTE*, *IN CAMERA* REVIEW** <br><br> Hon. Yvonne Gonzalez Rogers |

Defendants hereby provide notice that, on March 15, 2019, undersigned counsel lodged for secure storage with the United States Department of Justice Litigation Security Group a classified declaration by Michael C. McGarrity, Acting Executive Assistant Director ("EAD") of

*Twitter, Inc. v. Barr, et al.,* Case No. 14-cv-4480-YGR                                                                 1
Notice of Lodging of Classified Declaration of
Michael C. McGarrity for *Ex Parte*, *In Camera* Review

1  the National Security Branch of the Federal Bureau of Investigation.  This classified declaration,
2  which can be made available to the Court by a Classified Information Security Officer for its
3  review *ex parte*, *in camera*, was submitted in support of the Defendants' Request that the Court
4  Discharge the Order to Show Cause and Deny Plaintiff's Request for Access to the Classified
5  Steinbach Declaration, or, in the Alternative, Motion to Dismiss in Light of the Attorney
6  General's Assertion of the State Secrets Privilege, ECF No. 281 (Defendants' Motion), and will
7  provide the Court further explanation of the grounds for the Attorney General's assertion of
8  privilege that cannot be included in a public filing.  To the extent possible consistent with
9  national security, an unclassified version of Acting EAD McGarrity's declaration was filed on
10  the public docket, as Exhibit B to Defendants' Motion.

Dated:  March 16, 2019                    Respectfully submitted,


                                          JOSEPH H. HUNT
                                          Assistant Attorney General

                                          DAVID L. ANDERSON
                                          United States Attorney

                                          ANTHONY J. COPPOLINO
                                          Deputy Branch Director

                                             */s/ Julia A. Heiman*
                                          JULIA A. HEIMAN, Bar No. 241415
                                          Senior Counsel
                                          CHRISTOPHER HEALY
                                          Trial Attorney
                                          U.S. Department of Justice
                                          Civil Division, Federal Programs Branch
                                          P.O. Box 883
                                          Washington, D.C. 20044
                                          julia.heiman@usdoj.gov
                                          *Attorneys for Defendants*

*Twitter, Inc. v. Barr, et al.,* Case No. 14-cv-4480-YGR                    2
Notice of Lodging of Classified Declaration of
Michael C. McGarrity for *Ex Parte*, *In Camera* Review