1  JOSEPH H. HUNT
     Assistant Attorney General
2  DAVID L. ANDERSON
     United States Attorney
3  ANTHONY J. COPPOLINO
     Deputy Branch Director
4  JULIA A. HEIMAN (Bar No. 241415)
     Senior Counsel
5  CHRISTOPHER HEALY
     Trial Attorney
6  United States Department of Justice
   Civil Division, Federal Programs Branch
7    P.O. Box 883
     Washington, D.C. 20044
8    Telephone: (202) 616-8480
     Facsimile:  (202) 616-8470
9    Email: Julia.Heiman@usdoj.gov
   *Attorneys for Defendants*
10
   MAYER BROWN LLP
11 LEE H. RUBIN (SBN 141331)
     lrubin@mayerbrown.com
12 SAMANTHA BOOTH (SBN 298852)
     sbooth@mayerbrown.com
13   Two Palo Alto Square, Suite 300
     3000 El Camino Real
14   Palo Alto, CA 94306-2112
     Telephone:   (650) 331-2000
15   Facsimile:   (650) 331-2060
   *Attorneys for Plaintiff Twitter, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TWITTER, INC., | Case No. 14-cv-4480-YGR |
| Plaintiff, | **JOINT STIPULATION FOR EXTENSION OF TIME TO FILE STIPULATION REGARDING FURTHER PROCEEDINGS FOLLOWING DEFENDANTS' ASSERTION OF STATE SECRETS** |
| v. | |
| WILLIAM P. BARR, Acting Attorney General of the United States, *et al.* | |
| Defendants. | Hon. Yvonne Gonzalez Rogers |

1   Pursuant to Local Rules 6-1 and 6-2, Plaintiff Twitter, Inc. and Defendants William P.
2 Barr, the United States Department of Justice, Christopher Wray, and the Federal Bureau of
3 Investigation (collectively, "Defendants"), by and through their respective counsel of record,
4 submit the following joint stipulation.

5   WHEREAS:

6   1.   On February 14, 2019, the Court granted the parties' prior joint stipulation and
7 ordered (1) the Government, by March 15, 2019, to inform the Court and Twitter whether it
8 intends to assert the state secrets privilege in this matter, and (2) the parties, by March 19, 2019,
9 to submit "a proposed schedule for further proceedings based on the Government's decision
10 regarding an assertion of the state secrets privilege (including a proposed briefing schedule if the
11 Government does decide to invoke the state secrets privilege)."  Dkt. No. 272.

12   2.   On or about March 15, 2019, Defendants filed a Request that the Court Discharge
13 the Order to Show Cause and Deny Plaintiff's Request for Access to the Classified Steinbach
14 Declaration, or in the Alternative, a Motion to Dismiss in Light of the Attorney General's
15 Assertion of the State Secrets Privilege (the "State Secrets Motion").  *See* Dkt. No. 281 (Motion);
16 *see also* Dkt. No. 282 (Notice of Lodging of Classified Declaration of Michael C. McGarrity).

17   3.   On March 18 and 19, 2019, the parties met and conferred regarding further
18 proceedings in this matter in light of Defendants' State Secrets Motion.

19   4.   In light of the numerous issues raised—both in the State Secrets Motion and in the
20 course of the parties' meet-and-confer—Twitter requires two additional days to consider how it
21 would like to proceed.

22   5.   Accordingly, the parties have jointly agreed to stipulate to a two-day extension of
23 time to file their joint stipulation regarding further proceedings in light of the Government's
24 assertion of state secrets.

25   6.   A proposed order on the parties' joint stipulation is attached hereto.

Agreed to and submitted by:

Dated:  March 19, 2019					MAYER BROWN LLP

							/s/ Lee H. Rubin
							MAYER BROWN LLP
							LEE H. RUBIN (SBN 141331)
							lrubin@mayerbrown.com
							SAMANTHA BOOTH (SBN 298852)
							sbooth@mayerbrown.com
							Two Palo Alto Square, Suite 300
							3000 El Camino Real
							Palo Alto, CA 94306-2112
							Telephone:    (650) 331-2000
							Facsimile:     (650) 331-2060

							*ATTORNEYS FOR PLAINTIFF*
							TWITTER, INC.

	Pursuant to General Order No. 45, I, Lee H. Rubin, attest that I obtained concurrence in the filing of this document from the following signatories.

Dated: March 19, 2019					JOSEPH H. HUNT
							   Assistant Attorney General
							DAVID L. ANDERSON
							   United States Attorney
							ANTHONY J. COPPOLINO
							   Deputy Branch Director
							JULIA A. HEIMAN (Bar No. 241415)
							   Senior Counsel
							CHRISTOPHER HEALY
							   Trial Attorney


							   */s/* Julia A. Heiman_____
							JULIA A. HEIMAN, Bar No. 241415
							U.S. Department of Justice
							Civil Division, Federal Programs Branch
							P.O. Box 883
							Washington, D.C. 20044
							Julia.Heiman@usdoj.gov

							*Attorneys for Defendants*

1  JOSEPH H. HUNT
     Assistant Attorney General
2  DAVID L. ANDERSON
     United States Attorney
3  ANTHONY J. COPPOLINO
     Deputy Branch Director
4  JULIA A. HEIMAN (Bar No. 241415)
     Senior Counsel
5  CHRISTOPHER HEALY
     Trial Attorney
6  United States Department of Justice
   Civil Division, Federal Programs Branch
7    P.O. Box 883
     Washington, D.C. 20044
8    Telephone: (202) 616-8480
     Facsimile:  (202) 616-8470
9    Email: Julia.Heiman@usdoj.gov
   *Attorneys for Defendants*
10
   MAYER BROWN LLP
11 LEE H. RUBIN (SBN 141331)
     lrubin@mayerbrown.com
12 SAMANTHA BOOTH (SBN 298852)
     sbooth@mayerbrown.com
13   Two Palo Alto Square, Suite 300
     3000 El Camino Real
14   Palo Alto, CA 94306-2112
     Telephone:   (650) 331-2000
15   Facsimile:   (650) 331-2060
   *Attorneys for Plaintiff Twitter, Inc.*
16

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TWITTER, INC.,<br><br>               Plaintiff,<br>v.<br><br>WILLIAM P. BARR, Acting Attorney General of the United States, *et al.*<br><br>               Defendants. | Case No. 14-cv-4480-YGR<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO FILE STIPULATION REGARDING FURTHER PROCEEDINGS FOLLOWING DEFENDANTS' ASSERTION OF STATE SECRETS**<br><br>Hon. Yvonne Gonzalez Rogers |

1 | Pursuant to the stipulation of the parties, the Court hereby GRANTS the joint stipulation
2 for an extension of time for the parties to submit a proposed schedule for further proceedings
3 based on the Government's decision to assert the state secrets privilege. The Court hereby
4 extends the deadline for the parties to file such joint stipulation to March 21, 2019.
5 IT IS SO ORDERED.

7 Dated:

8 The Hon. Yvonne Gonzalez Rogers
United States District Judge