UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TWITTER, INC.**,<br><br>   Plaintiff,<br><br>   v.<br><br>**MATTHEW G. WHITAKER,** *ET AL.*,<br><br>   Defendants. | Case No.  14-cv-04480-YGR<br><br>**ORDER GRANTING STIPULATION;**<br>**VACATING APRIL 2, 2019 HEARING**<br><br>Dkt. No. 284 |

The parties' joint stipulation for extension of time to file proposed briefing schedule regarding defendants' assertion of state secrets (Dkt. No. 284) is **GRANTED**.  The parties shall file their proposed briefing schedule by no later than **March 21, 2019**.  In their briefing on this issue, the parties are directed to address the effect, if any, of the Ninth Circuit's recent decision in *Fazaga v. Federal Bureau of Investigation*, --- F.3d ---- (2019), 2019 WL 961953 (February 28, 2019) on defendants' assertion of the state secrets privilege in this action.

In light of the above, the hearing on plaintiff's Motion Challenging Defendants' Privilege Designations (Dkt. No. 258), currently set for April 2, 2019, is **VACATED**.

**IT IS SO ORDERED.**

Dated: March 20, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**