1  JOSEPH H. HUNT
     Assistant Attorney General
2  DAVID L. ANDERSON
     United States Attorney
3  ANTHONY J. COPPOLINO
     Deputy Branch Director
4  JULIA A. HEIMAN (Bar No. 241415)
     Senior Counsel
5  CHRISTOPHER HEALY
     Trial Attorney
6  United States Department of Justice
   Civil Division, Federal Programs Branch
7    P.O. Box 883
     Washington, D.C. 20044
8    Telephone: (202) 616-8480
     Facsimile:  (202) 616-8470
9    Email: Julia.Heiman@usdoj.gov
   *Attorneys for Defendants*
10
   MAYER BROWN LLP
11 LEE H. RUBIN (SBN 141331)
     lrubin@mayerbrown.com
12 SAMANTHA BOOTH (SBN 298852)
     sbooth@mayerbrown.com
13   Two Palo Alto Square, Suite 300
     3000 El Camino Real
14   Palo Alto, CA 94306-2112
     Telephone:  (650) 331-2000
15   Facsimile:   (650) 331-2060
   *Attorneys for Plaintiff Twitter, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TWITTER, INC.,<br><br>　　　　　Plaintiff,<br>v.<br><br>WILLIAM P. BARR, Acting Attorney General of the United States, *et al.*<br><br>　　　　　Defendants. | Case No. 14-cv-4480-YGR<br><br>**JOINT STIPULATION REGARDING FURTHER PROCEEDINGS FOLLOWING DEFENDANTS' ASSERTION OF STATE SECRETS**<br><br>Hon. Yvonne Gonzalez Rogers |

Pursuant to Local Rules 6-1 and 6-2—and in accordance with the Court's February 14, 2019 Order (Dkt. No. 272)—Plaintiff Twitter, Inc. and Defendants William P. Barr, the United States Department of Justice, Christopher Wray, and the Federal Bureau of Investigation (collectively, "Defendants"), by and through their respective counsel of record, submit the following joint stipulation regarding outstanding deadlines in this case.

WHEREAS:

1. On February 14, 2019, the Court granted the parties' prior joint stipulation and ordered (1) the Government, by March 15, 2019, to inform the Court and Twitter whether it intends to assert the state secrets privilege in this matter, and (2) the parties, by March 19, 2019, to submit "a proposed schedule for further proceedings based on the Government's decision regarding an assertion of the state secrets privilege (including a proposed briefing schedule if the Government does decide to invoke the state secrets privilege)." Dkt. No. 272.

2. On or about March 15, 2019, Defendants filed a Request that the Court Discharge the Order to Show Cause and Deny Plaintiff's Request for Access to the Classified Steinbach Declaration, or in the Alternative, a Motion to Dismiss in Light of the Attorney General's Assertion of the State Secrets Privilege (the "State Secrets Motion"). *See* Dkt. No. 281 (Motion); *see also* Dkt. No. 282 (Notice of Lodging of Classified Declaration of Michael C. McGarrity).

3. On March 18 and 19, 2019, the parties met and conferred regarding further proceedings in this matter in light of Defendants' State Secrets Motion.

4. On March 19, 2019, the parties submitted a Joint Stipulation for Extension of Time to File Stipulation Regarding Further Proceedings Following Defendants' Assertion of State Secrets Privilege, seeking an extension to March 21, 2019, for the parties to file their proposed schedule for further proceedings regarding the State Secrets Motion.

5. On March 20, 2019, the Court entered an order granting the parties' March 19 Joint Stipulation and extended the time to submit a proposed briefing schedule to March 21, 2019.

1  6. Also on March 20, 2019, Defendants sought Twitter's consent for a two-week extension of the deadline for Defendants to complete their production of their remaining logs for classified documents.

7. The parties have agreed to hereby propose the following deadlines:

   a. Defendants' remaining logs for classified documents shall be due by **April 5, 2019**;

   b. Twitter's opposition to the State Secrets Motion shall be due **April 29, 2019**;

   c. Defendants' reply in support of their State Secrets Motion shall be due **May 21, 2019**; and

   d. A hearing on Defendants' State Secrets Motion shall be set for **June 4, 2019**, or any time thereafter that is convenient for the Court.

8. Furthermore, Twitter hereby advises the Court of its intent to file a letter by March 29, 2019, requesting a pre-filing conference. At that pre-filing conference, Twitter will move for leave to file a motion for partial summary on its claim alleging a facial challenge to the constitutionality of the FISA regime. Twitter submits that the parties' present dispute over the Government's invocation of the state secrets privilege as to the Classified Steinbach Declaration has no bearing on its facial challenge. Proceedings as to that claim therefore can (and should) proceed in parallel with resolution of any dispute (including any interlocutory appeal) over Twitter's counsel's right to access the Classified Steinbach Declaration for purposes of litigating Twitter's as-applied challenge.

9. The Government intends to oppose Plaintiff's forthcoming request for a pre-filing conference and for leave to file a motion for partial summary on its claim alleging a facial challenge to the constitutionality of the FISA regime. For reasons the Government will set forth in its response to Plaintiff's letter, this claim should not be subject to piecemeal adjudication.

10. A proposed order on the parties' joint stipulation is attached hereto.

Agreed to and submitted by:

Dated:  March 21, 2019                                  MAYER BROWN LLP

/s/ Lee H. Rubin
MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
SAMANTHA BOOTH (SBN 298852)
sbooth@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:     (650) 331-2000
Facsimile:      (650) 331-2060

*ATTORNEYS FOR PLAINTIFF*
TWITTER, INC.

Pursuant to General Order No. 45, I, Lee H. Rubin, attest that I obtained concurrence in the filing of this document from the following signatories.

Dated: March 21, 2019                                   JOSEPH H. HUNT
   Assistant Attorney General
DAVID L. ANDERSON
   United States Attorney
ANTHONY J. COPPOLINO
   Deputy Branch Director
JULIA A. HEIMAN (Bar No. 241415)
   Senior Counsel
CHRISTOPHER HEALY
   Trial Attorney


   */s/* Julia A. Heiman_____
JULIA A. HEIMAN, Bar No. 241415
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Julia.Heiman@usdoj.gov

*Attorneys for Defendants*

1   JOSEPH H. HUNT
      Assistant Attorney General
2   DAVID L. ANDERSON
      United States Attorney
3   ANTHONY J. COPPOLINO
      Deputy Branch Director
4   JULIA A. HEIMAN (Bar No. 241415)
      Senior Counsel
5   CHRISTOPHER HEALY
      Trial Attorney
6   United States Department of Justice
    Civil Division, Federal Programs Branch
7     P.O. Box 883
      Washington, D.C. 20044
8     Telephone: (202) 616-8480
      Facsimile:  (202) 616-8470
9     Email: Julia.Heiman@usdoj.gov
    *Attorneys for Defendants*

10  MAYER BROWN LLP
    LEE H. RUBIN (SBN 141331)
11    lrubin@mayerbrown.com
    SAMANTHA BOOTH (SBN 298852)
12    sbooth@mayerbrown.com
    Two Palo Alto Square, Suite 300
13  3000 El Camino Real
    Palo Alto, CA 94306-2112
14    Telephone:   (650) 331-2000
      Facsimile:   (650) 331-2060
15  *Attorneys for Plaintiff Twitter, Inc.*

16

**UNITED STATES DISTRICT COURT**

17

**NORTHERN DISTRICT OF CALIFORNIA**

18

**OAKLAND DIVISION**

19  | TWITTER, INC., | Case No. 14-cv-4480-YGR |

20  | Plaintiff, | **[PROPOSED] ORDER RE JOINT STIPULATION REGARDING FURTHER PROCEEDINGS FOLLOWING DEFENDANTS' ASSERTION OF STATE SECRETS** |
21  | v. |
22  | WILLIAM P. BARR, Acting Attorney General of the United States, *et al.* |
23  | Defendants. | Hon. Yvonne Gonzalez Rogers |

24

25

26

27

28

Pursuant to the joint stipulation of the parties:

1. The deadline for completion of Defendants' remaining logs for classified documents shall be continued to **April 5, 2019**;

2. Twitter's opposition to the State Secrets Motion shall be due **April 29, 2019**;

3. Defendants' reply in support of their State Secrets Motion shall be due **May 21, 2019**; and

4. A hearing on Defendants' State Secrets Motion shall be set for **June 4, 2019**, or any time thereafter that is convenient for the Court.

IT IS SO ORDERED.

Dated: March __, 2019

_____
The Hon. Yvonne Gonzalez Rogers
United States District Judge

2