JOSEPH H. HUNT
  Assistant Attorney General
DAVID L. ANDERSON
  United States Attorney
ANTHONY J. COPPOLINO
  Deputy Branch Director
JULIA A. HEIMAN (Bar No. 241415)
  Senior Counsel
CHRISTOPHER HEALY
  Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
  P.O. Box 883
  Washington, D.C. 20044
  Telephone: (202) 616-8480
  Facsimile:  (202) 616-8470
  Email: Julia.Heiman@usdoj.gov
*Attorneys for Defendants*

MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
  lrubin@mayerbrown.com
SAMANTHA BOOTH (SBN 298852)
  sbooth@mayerbrown.com
  Two Palo Alto Square, Suite 300
  3000 El Camino Real
  Palo Alto, CA 94306-2112
  Telephone:   (650) 331-2000
  Facsimile:   (650) 331-2060
*Attorneys for Plaintiff Twitter, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br> v. <br><br> WILLIAM P. BARR, Acting Attorney General of the United States, *et al*. <br><br> Defendants. | Case No. 14-cv-4480-YGR <br><br> **[PROPOSED] ORDER RE JOINT STIPULATION REGARDING FURTHER PROCEEDINGS FOLLOWING DEFENDANTS' ASSERTION OF STATE SECRETS** <br><br> Hon. Yvonne Gonzalez Rogers |

Pursuant to the joint stipulation of the parties:

1. The deadline for completion of Defendants' remaining logs for classified documents shall be continued to **April 5, 2019**;

2. Twitter's opposition to the State Secrets Motion shall be due **April 29, 2019**;

3. Defendants' reply in support of their State Secrets Motion shall be due **May 21, 2019**; and

4. A hearing on Defendants' State Secrets Motion shall be set for **June 4, 2019**, or any time thereafter that is convenient for the Court.

IT IS SO ORDERED.

Dated: March 29 2019

*[signature]*
The Hon. Yvonne Gonzalez Rogers
United States District Judge