JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
JULIA A. HEIMAN
Senior Counsel
CHRISTOPHER HEALY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 616-8480
Facsimile:  (202) 616-8470
Email:  julia.heiman@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. 14-cv-4480-YGR <br><br><br><br><br><br> **STATUS REPORT** <br><br> Hon. Yvonne Gonzalez Rogers |

Defendants respectfully submit this status report pursuant to the Court's April 2018 Order, ECF No. 200, granting the parties' stipulated request regarding discovery, and requiring, in relevant part, that Defendants report their progress in complying with the discovery schedule

on a biweekly basis, and the Court's February 7, 2019, Order, ECF No. 270, requiring that the Defendants resume filing such reports on February 15, 2019.

As reported in Defendants' previous status report, the FBI is currently preparing its logs for classified documents.  The FBI produced the first portion of those logs to Twitter on March 23, 2019.  The DOJ also is preparing its logs for classified documents, and has nearly completed its review of documents from classified systems; fewer than one hundred documents have yet to undergo initial responsiveness review.[1]

Dated:  March 29, 2019                    Respectfully submitted,


                                          JOSEPH H. HUNT
                                          Assistant Attorney General

                                          DAVID L. ANDERSON
                                          United States Attorney

                                          ANTHONY J. COPPOLINO
                                          Deputy Branch Director

                                                 */s/ Julia A. Heiman*
                                          JULIA A. HEIMAN, Bar No. 241415
                                          Senior Counsel
                                          CHRISTOPHER HEALY
                                          Trial Attorney
                                          U.S. Department of Justice
                                          Civil Division, Federal Programs Branch
                                          P.O. Box 883
                                          Washington, D.C. 20044
                                          julia.heiman@usdoj.gov
                                          *Attorneys for Defendants*

---

[1] DOJ had previously encountered difficulties in facilitating access to the review platform containing this remaining set of documents.  Those issues have now been resolved and the review of those documents will be completed during the coming week.