UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 4/5/19 | Time: 2:05pm-2:30pm | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 14-cv-04480-YGR | Case Name: Twitter, Inc. v. Barr | |

**Attorney for Plaintiff:** Lee Rubin and Samantha Booth
**Attorney for Defendant:** Juila Heiman and Chrsitpher Healy

**Deputy Clerk:** Frances Stone        **Court Reporter:** NOT REPORTED

## PROCEEDINGS

TELEPHONE CONFERENCE- HELD