Matthew Cagle (CA Bar No. 286101)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
    OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
T: 415.343.0758
mcagle@aclunc.org

Ashley Gorski
Naomi Gilens (CA Bar No. 315813)
Brett Max Kaufman
Patrick Toomey
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
T: 212.549.2500
F: 212.549.2654
agorski@aclu.org

Ahilan T. Arulanantham (CA Bar No. 237841)
Mohammad Tajsar (CA Bar No. 280152)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
    OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
T: 213.977.5211
aarulanantham@aclusocal.org

*Attorneys for Movants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TWITTER, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al.*,<br><br>*Defendants*. | Case No. 14-cv-4480-YGR<br><br>**NOTICE OF MOTION AND CONSENT MOTION OF THE AMERICAN CIVIL LIBERTIES UNION, THE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, AND THE AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF TWITTER, INC.'S OPPOSITION TO DEFENDANTS' INVOCATION OF STATE SECRETS AND MOTION TO DISMISS**<br><br>Hon. Yvonne Gonzalez Rogers |

Case No. 14-cv-4480-YGR
Notice of Motion and Consent Motion for Leave to File an Amicus Curiae Brief in Support of Twitter, Inc.'s
Opposition to Defendants' Invocation of State Secrets and Motion to Dismiss

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the American Civil Liberties Union,  the American Civil Liberties Union of Northern California, and the American Civil Liberties Union of Southern California respectfully move this Court for leave to file a brief as amici curiae in support of Twitter, Inc.'s opposition to Defendants' invocation of the state secrets privilege and motion to dismiss. A copy of the proposed amicus curiae brief is attached to this submission. This brief is filed with the consent of all parties.

**I.      STANDARD FOR MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE**

District courts may liberally exercise discretion to allow third parties to participate in a matter as amici curiae. *Woodfin Suite Hotels, LLC v. City of Emeryville*, No. C 06-1254 SBA, 2007 WL 81911, at *3 (N.D. Cal. Jan. 9, 2007). The only criterion is that an applicant's "participation is useful or otherwise desirable to the court." *Id.* (quotation marks omitted). In particular, district courts frequently welcome amicus briefs "concerning legal issues that have potential ramifications beyond the parties directly involved." *Sonoma Falls Devs., LLC v. Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003).

**II.     STATEMENT OF INTEREST OF AMICI CURIAE**

The American Civil Liberties Union ("ACLU") is a nationwide, nonprofit, nonpartisan organization with more than 1.5 million members dedicated to the principles of liberty and equality embodied in the Constitution and our nation's civil rights laws. The ACLU of Northern California and the ACLU of Southern California are state affiliates of the national ACLU. The ACLU, ACLU of Northern California, and ACLU of Southern California have appeared before federal courts in numerous cases implicating civil liberties and the state secrets privilege, including as counsel in *Fazaga v. FBI*, 916 F.3d 1202 (9th Cir. 2019), *Mohamed v. Jeppesen Dataplan, Inc.*, 614 F.3d 1070 (9th Cir. 2010) (en banc), *El-Masri v. United States*, 479 F.3d 296 (4th Cir. 2007), *Wikimedia Foundation v. NSA*, 335 F. Supp. 3d 772 (D. Md. 2018), and as amicus in *Ibrahim v. U.S. Department of Homeland Security*, 912 F.3d 1147 (9th Cir. 2019).

Counsel for amici curiae certify that no party's counsel authored this brief in whole or in part, and no person other than amici curiae, their members, or their counsel made a monetary contributions to its preparation or submission.

## III.   AMICI CURIAE'S EXPERTISE WILL BENEFIT THIS COURT

Amici curiae have considerable expertise on the state secrets privilege in the context of cases that, like this one, implicate civil liberties and national security. In light of that expertise, amici seek to help the Court by providing historical context and perspective as to the application of the state secrets privilege. It is especially important that the Court consider the contribution of the third-party organizations with particular expertise on this issue, as the outcome of the matter now before the Court has ramifications for the scope of the government's power to withhold evidence in—and even prevent adjudication of—a wide range of cases implicating fundamental constitutional rights. *See Sonoma Falls*, 272 F. Supp. 2d at 925.

## IV.   CONCLUSION

For these reasons, the ACLU, ACLU of Northern California, and ACLU of Southern California respectfully request that the Court grant this motion for leave to file the accompanying brief.

Respectfully submitted,

Dated:   May 6, 2019

*/s/ Matthew Cagle* _____
Matthew Cagle (CA Bar No. 286101)
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN
   CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
T: 415.343.0758
mcagle@aclunc.org

Ashley Gorski
Naomi Gilens (CA Bar No. 315813)
Brett Max Kaufman
Patrick Toomey
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
T: 212.549.2500

3
Case No. 14-cv-4480-YGR
Notice of Motion and Consent Motion for Leave to File an Amicus Curiae Brief in Support of Twitter, Inc.'s
Opposition to Defendants' Invocation of State Secrets and Motion to Dismiss

F: 212.549.2654
agorski@aclu.org

Ahilan T. Arulanantham (CA Bar No. 237841)
Mohammad Tajsar (CA Bar No. 280152)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF SOUTHERN
    CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
T: 213.977.5211
aarulanantham@aclusocal.org

*Attorneys for Movants*

Case No. 14-cv-4480-YGR
Notice of Motion and Consent Motion for Leave to File an Amicus Curiae Brief in Support of Twitter, Inc.'s
Opposition to Defendants' Invocation of State Secrets and Motion to Dismiss