Matthew Cagle (CA Bar No. 286101)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
    OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
T: 415.343.0758
mcagle@aclunc.org

Ashley Gorski
Naomi Gilens (CA Bar No. 315813)
Brett Max Kaufman
Patrick Toomey
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
T: 212.549.2500
F: 212.549.2654
agorski@aclu.org

Ahilan T. Arulanantham (CA Bar No. 237841)
Mohammad Tajsar (CA Bar No. 280152)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
    OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
T: 213.977.5211
aarulanantham@aclusocal.org

*Attorneys for Movants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TWITTER, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States, *et al.*, <br><br> *Defendants*. | Case No. 14-cv-4480-YGR <br><br> **[PROPOSED] ORDER GRANTING CONSENT MOTION OF THE AMERICAN CIVIL LIBERTIES UNION, THE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, AND THE AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF TWITTER, INC.'S OPPOSITION TO DEFENDANTS' INVOCATION OF STATE SECRETS AND MOTION TO DISMISS** <br><br> Hon. Yvonne Gonzalez Rogers |

Upon consideration of the motion of the American Civil Liberties Union, the American Civil Liberties Union of Northern California, and the American Civil Liberties Union of Southern California for leave to file as amici curiae in support of Plaintiff's Opposition to Defendants' Invocation of State Secrets and Motion to Dismiss, it is hereby **ORDERED** that the motion for leave to file is **GRANTED.** It is further **ORDERED** that the amicus curiae brief attached to the motion is deemed filed with this Court upon entry of this Order.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                          Hon. Yvonne Gonzalez Rogers
                                          United States District Judge