1  Matthew Cagle (CA Bar No. 286101)
2  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
      OF NORTHERN CALIFORNIA
3  39 Drumm Street
   San Francisco, CA 94111
4  T: 415.343.0758
   mcagle@aclunc.org

5  Ashley Gorski
6  Naomi Gilens (CA Bar No. 315813)
   Brett Max Kaufman
7  Patrick Toomey
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
8  125 Broad Street, 18th Floor
   New York, NY 10004
9  T: 212.549.2500
   F: 212.549.2654
10 agorski@aclu.org

11 Ahilan T. Arulanantham (CA Bar No. 237841)
   Mohammad Tajsar (CA Bar No. 280152)
12 AMERICAN CIVIL LIBERTIES UNION FOUNDATION
      OF SOUTHERN CALIFORNIA
13 1313 West 8th Street
   Los Angeles, CA 90017
14 T: 213.977.5211
   aarulanantham@aclusocal.org

*Attorneys for Movants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| TWITTER, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States, *et al.*, <br><br> *Defendants*. | Case No. 14-cv-4480-YGR <br><br> **[PROPOSED] ORDER GRANTING CONSENT MOTION OF THE AMERICAN CIVIL LIBERTIES UNION, THE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, AND THE AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF TWITTER, INC.'S OPPOSITION TO DEFENDANTS' INVOCATION OF STATE SECRETS AND MOTION TO DISMISS** <br><br> Hon. Yvonne Gonzalez Rogers |

Upon consideration of the motion of the American Civil Liberties Union, the American Civil Liberties Union of Northern California, and the American Civil Liberties Union of Southern California for leave to file as amici curiae in support of Plaintiff's Opposition to Defendants' Invocation of State Secrets and Motion to Dismiss, it is hereby **ORDERED** that the motion for leave to file is **GRANTED.** It is further **ORDERED** that the amicus curiae brief attached to the motion is deemed filed with this Court upon entry of this Order.

**IT IS SO ORDERED.**

Dated: __May 8, 2019__

Hon. Yvonne Gonzalez Rogers
United States District Judge