JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
JULIA A. HEIMAN
Senior Counsel
CHRISTOPHER HEALY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 616-8480
Facsimile: (202) 616-8470
Email: julia.heiman@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFFERSON B. SESSIONS, III, United States Attorney General, *et al.*, <br><br> Defendants. | Case No. 14-cv-4480-YGR <br><br> **PARTIALLY UNOPPOSED ADMINISTRATIVE MOTION FOR ONE-DAY EXTENSION OF TIME AND FOR AN ENLARGEMENT OF THE PAGE LIMITATION FOR DEFENDANTS' REPLY** <br><br> No hearing scheduled |

Pursuant to Local Rules 6-3 and 7-11, Defendants respectfully request that the Court grant Defendants a brief extension of one day, until May 22, 2019, to submit their reply in support of their Request that the Court Discharge the Order to Show Cause and Deny Plaintiff's Request for Access to the Classified Steinbach Declaration, or in the Alternative, Motion to

*Twitter, Inc. v. Sessions, et al.,* Case No. 14-cv-4480-YGR                                                1
Partially Unopposed Administrative Motion for One-Day Extension of Time
and for an Enlargement of the Page Limitation for Defendants' Reply

Dismiss, ECF No. 281 ("Defendants' Motion"). Plaintiff does not oppose the requested one-day extension.

Additionally, Defendants respectfully request that the Court enlarge the page limitation for their reply by 5 pages. Plaintiff takes no position as to the requested enlargement.

In support of their requests, Defendants aver:

1. The reply in support of Defendants' motion is currently due to be submitted by May 21, 2019. *See* ECF No. 288 at 2.

2. Undersigned counsel was working to prepare Defendants' reply on May 19, 2019, when technical systems issues arose that made completion of work on May 19, 2019 impossible, notwithstanding counsel's numerous attempts to continue. In particular, difficulties began to arise in saving counsel's work, and, ultimately, it became impossible to open at all Microsoft Word, the word-processing program that counsel had been using.

3. In light of the technical issues that impeded work on May 19, 2019, as well as the necessity for undersigned counsel to work offsite for much of May 20, 2019 to complete a significant submission in another case in which undersigned counsel is the lead attorney, Defendants seek an extension of one day, until May 22, 2019, to complete the preparation of their reply.

4. Plaintiff's counsel indicated that Plaintiff does not oppose this brief extension.

5. Separately, Defendants also respectfully request that the page limitation for their reply be expanded from 15 pages, *see* Local Rule 7-3(c), to 20 pages.

6. While the 15-page reply provided for by Local Rule 7-3(c) contemplates that such a reply will respond to a 25-page opposition, *see* Local Rule 7-3(a), Defendants' reply will need to respond not only to issues raised in Plaintiff's 21-page Opposition to Defendants' Motion, *see* ECF No. 292, but to those in the 16-page Brief of *Amici Curiae*, ECF No. 294-1.

7. Especially given the importance of the issues currently before the Court, Defendants seek this enlargement of the page limitation to permit them adequate space to address the numerous arguments raised by Plaintiff and *Amici*.

*Twitter, Inc. v. Sessions, et al.,* Case No. 14-cv-4480-YGR                                                                 2
Partially Unopposed Administrative Motion for One-Day Extension of Time
and for an Enlargement of the Page Limitation for Defendants' Reply

For the foregoing reasons, Defendants respectfully request that the Court grant this administrative motion.

Dated: May 20, 2019                           Respectfully submitted,

                                        JOSEPH H. HUNT
                                        Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

ANTHONY J. COPPOLINO
Deputy Branch Director

     /s/ Julia A. Heiman
JULIA A. HEIMAN, Bar No. 241415
Senior Counsel
CHRISTOPHER HEALY
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
julia.heiman@usdoj.gov

*Attorneys for Defendants*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 20, 2019                          /s/ Julia A. Heiman
                                                      JULIA A. HEIMAN, Bar No. 241415
                                                      Senior Counsel

*Twitter, Inc. v. Sessions, et al.,* Case No. 14-cv-4480-YGR                                                         3
Partially Unopposed Administrative Motion for One-Day Extension of Time
and for an Enlargement of the Page Limitation for Defendants' Reply