JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
JULIA A. HEIMAN
Senior Counsel
CHRISTOPHER HEALY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 616-8480
Facsimile: (202) 616-8470
Email: julia.heiman@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITTER, INC., | Case No. 14-cv-4480-YGR |
| Plaintiff, | |
| v. | |
| JEFFERSON B. SESSIONS, III, United States Attorney General, *et al.*, | |
| Defendants. | [~~PROPOSED~~] ORDER |

The Court, having considered the Defendants' Partially Unopposed Administrative Motion for a One-Day Extension of Time and for an Enlargement of the Page Limitation for Defendants' Reply, hereby **ORDERS** that the Defendants' Motion is **GRANTED**. Defendants shall submit their reply in support of Defendants' Request that the Court Discharge the Order

to Show Cause and Deny Plaintiff's Request for Access to the Classified Steinbach Declaration, or in the Alternative, Motion to Dismiss, ECF No. 281, by May 22, 2019, and the page limitation for Defendants' reply is hereby extended to 20 pages.

**IT IS SO ORDERED**.

Dated: May 22, 2019

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE