JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
JULIA A. HEIMAN (Bar No. 241415)
Senior Counsel
CHRISTOPHER HEALY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 616-8480
Facsimile: (202) 616-8470
Email: Julia.Heiman@usdoj.gov
*Attorneys for Defendants*

MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
SAMANTHA BOOTH (SBN 298852)
sbooth@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
*Attorneys for Plaintiff Twitter, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TWITTER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al.*<br><br>Defendants. | Case No. 14-cv-4480-YGR<br><br>**JOINT STIPULATION REGARDING EXTENSION OF JULY 26, 2019 DEADLINE TO RESPOND TO COURT'S ORDER TO SHOW CAUSE**<br><br>Hon. Yvonne Gonzalez Rogers |

Pursuant to Local Rules 6-1 and 6-2—and in accordance with the Court's June 21, 2019 Order (Dkt. No. 301)—Plaintiff Twitter, Inc. and Defendants William P. Barr, the United States Department of Justice, Christopher Wray, and the Federal Bureau of Investigation (collectively, "Defendants"), by and through their respective counsel of record, stipulate as follows.

WHEREAS:

1. On June 21, 2019, the Court issued an Order to Show Cause Why This Court Should Not Reconsider Its Order Denying the Government's Motion for Summary Judgment ("Order"). Dkt. No. 301. The Court's Order directed the parties to file responses no later than July 26, 2019, but indicated that the Court would entertain a later deadline if the parties so stipulated. *Id.* at 2.

2. On June 27, 2019, the parties met and conferred telephonically regarding the Court's Order and have since agreed to seek a two-week extension of the Court's July 26, 2019 deadline—to August 9, 2019.

3. Such extension is necessary to accommodate prior case commitments of counsel, as well as to permit the parties time to consider how to proceed in light of the Court's Order.

4. A proposed order on the parties' joint stipulation is attached hereto.

//

//

//

//

//

//

//

//

//

//

//

Agreed to and submitted by:

Dated: July 10, 2019

MAYER BROWN LLP

/s/ Lee H. Rubin

MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
SAMANTHA BOOTH (SBN 298852)
sbooth@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

*ATTORNEYS FOR PLAINTIFF*
TWITTER, INC.

Pursuant to General Order No. 45, I, Lee H. Rubin, attest that I obtained concurrence in the filing of this document from the following signatories.

Dated: July 10, 2019

JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
JULIA A. HEIMAN (Bar No. 241415)
Senior Counsel
CHRISTOPHER HEALY
Trial Attorney

*/s/* Julia A. Heiman

JULIA A. HEIMAN, Bar No. 241415
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Julia.Heiman@usdoj.gov

*Attorneys for Defendants*