1  JOSEPH H. HUNT
     Assistant Attorney General
2  DAVID L. ANDERSON
     United States Attorney
3  ANTHONY J. COPPOLINO
     Deputy Branch Director
4  JULIA A. HEIMAN (Bar No. 241415)
     Senior Counsel
5  CHRISTOPHER HEALY
     Trial Attorney
6  United States Department of Justice
   Civil Division, Federal Programs Branch
7    P.O. Box 883
     Washington, D.C. 20044
8    Telephone: (202) 616-8480
     Facsimile:  (202) 616-8470
9    Email: Julia.Heiman@usdoj.gov
   *Attorneys for Defendants*
10
   MAYER BROWN LLP
11 LEE H. RUBIN (SBN 141331)
     lrubin@mayerbrown.com
12 SAMANTHA BOOTH (SBN 298852)
     sbooth@mayerbrown.com
13   Two Palo Alto Square, Suite 300
     3000 El Camino Real
14   Palo Alto, CA 94306-2112
     Telephone:   (650) 331-2000
15   Facsimile:   (650) 331-2060
   *Attorneys for Plaintiff Twitter, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TWITTER, INC.,<br><br>             Plaintiff,<br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al.*<br><br>             Defendants. | Case No. 14-cv-4480-YGR<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO THE COURT'S ORDER TO SHOW CAUSE**<br><br>Hon. Yvonne Gonzalez Rogers |

1     Pursuant to the joint stipulation of the parties and good cause having been shown, the deadline for the parties to respond to the Court's June 21, 2019 Order to Show Cause (Dkt. No. 301) shall be extended to August 9, 2019.

    IT IS SO ORDERED.

Dated: July 11, 2019

_____
The Hon. Yvonne Gonzalez Rogers
United States District Judge