1  JOSEPH H. HUNT
     Assistant Attorney General
2  DAVID L. ANDERSON
     United States Attorney
3  ANTHONY J. COPPOLINO
     Deputy Branch Director
4  JULIA A. HEIMAN (Bar No. 241415)
     Senior Counsel
5  CHRISTOPHER HEALY
     Trial Attorney
6  United States Department of Justice
   Civil Division, Federal Programs Branch
7    P.O. Box 883
     Washington, D.C. 20044
8    Telephone: (202) 616-8480
     Facsimile:  (202) 616-8470
9    Email: Julia.Heiman@usdoj.gov
   *Attorneys for Defendants*

10 MAYER BROWN LLP
11 LEE H. RUBIN (SBN 141331)
     lrubin@mayerbrown.com
12 SAMANTHA BOOTH (SBN 298852)
     sbooth@mayerbrown.com
13   Two Palo Alto Square, Suite 300
     3000 El Camino Real
14   Palo Alto, CA 94306-2112
     Telephone:   (650) 331-2000
15   Facsimile:   (650) 331-2060
   *Attorneys for Plaintiff Twitter, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States, *et al.* <br><br> Defendants. | Case No. 14-cv-4480-YGR <br><br> **JOINT STIPULATION REGARDING EXTENSION OF AUGUST 9, 2019 DEADLINE TO RESPOND TO COURT'S ORDER TO SHOW CAUSE** <br><br> Hon. Yvonne Gonzalez Rogers |

Pursuant to Local Rules 6-1 and 6-2—and in accordance with the Court's June 21, 2019 Order (Dkt. No. 301)—Plaintiff Twitter, Inc. and Defendants William P. Barr, the United States Department of Justice, Christopher Wray, and the Federal Bureau of Investigation (collectively, "Defendants"), by and through their respective counsel of record, stipulate as follows.

WHEREAS:

1. On June 21, 2019, the Court issued an Order to Show Cause Why This Court Should Not Reconsider Its Order Denying the Government's Motion for Summary Judgment ("Order"). Dkt. No. 301. The Court's Order directed the parties to file responses no later than July 26, 2019, but indicated that the Court would entertain a later deadline if the parties so stipulated. *Id.* at 2.

2. On July 10, 2019, the parties filed a joint stipulation requesting a two-week extension of the Court's deadline—to August 9, 2019—to accommodate various prior case commitments of counsel and to permit the parties time to meet and confer and consider how to proceed in light of the Court's Order. Dkt. No. 302.

3. The Court granted that stipulation on July 11, 2019. Dkt. No. 303.

4. Around this same time, the in-house counsel for Twitter responsible for this litigation experienced a death in the family which required her to take significant time out of the office and has continued to limit the time she has to devote to this and other matters.

5. Thus, on July 26, 2019, Twitter requested the Government's consent to seek another two-week extension of time (until August 23, 2019) for the parties to respond to the Court's Order to Show Cause (which the Government promptly provided).

6. A proposed order on the parties' joint stipulation is attached hereto.

NOW, THEREFORE, THE PARTIES JOINTLY STIPULATE AS FOLLOWS:

The deadline for the parties to respond to the Court's Order to Show Cause shall be extended to August 23, 2019.

//

//

Agreed to and submitted by:

Dated: July 29, 2019                         MAYER BROWN LLP

/s/ Lee H. Rubin
MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
SAMANTHA BOOTH (SBN 298852)
sbooth@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:    (650) 331-2000
Facsimile:    (650) 331-2060

*ATTORNEYS FOR PLAINTIFF*
TWITTER, INC.

  Pursuant to General Order No. 45, I, Lee H. Rubin, attest that I obtained concurrence in the filing of this document from the following signatories.

Dated: July 29, 2019                         JOSEPH H. HUNT
   Assistant Attorney General
DAVID L. ANDERSON
   United States Attorney
ANTHONY J. COPPOLINO
   Deputy Branch Director
JULIA A. HEIMAN (Bar No. 241415)
   Senior Counsel
CHRISTOPHER HEALY
   Trial Attorney


   */s/* Julia A. Heiman
JULIA A. HEIMAN, Bar No. 241415
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Julia.Heiman@usdoj.gov

*Attorneys for Defendants*

1  JOSEPH H. HUNT
     Assistant Attorney General
2  DAVID L. ANDERSON
     United States Attorney
3  ANTHONY J. COPPOLINO
     Deputy Branch Director
4  JULIA A. HEIMAN (Bar No. 241415)
     Senior Counsel
5  CHRISTOPHER HEALY
     Trial Attorney
6  United States Department of Justice
   Civil Division, Federal Programs Branch
7    P.O. Box 883
     Washington, D.C. 20044
8    Telephone: (202) 616-8480
     Facsimile:  (202) 616-8470
9    Email: Julia.Heiman@usdoj.gov
   *Attorneys for Defendants*
10
   MAYER BROWN LLP
11 LEE H. RUBIN (SBN 141331)
     lrubin@mayerbrown.com
12 SAMANTHA BOOTH (SBN 298852)
     sbooth@mayerbrown.com
13   Two Palo Alto Square, Suite 300
     3000 El Camino Real
14   Palo Alto, CA 94306-2112
     Telephone:   (650) 331-2000
15   Facsimile:   (650) 331-2060
   *Attorneys for Plaintiff Twitter, Inc.*
16

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TWITTER, INC., | Case No. 14-cv-4480-YGR |
| Plaintiff, | **[PROPOSED] ORDER RE JOINT STIPULATION TO EXTEND THE AUGUST 9, 2019 DEADLINE TO RESPOND TO THE COURT'S ORDER TO SHOW CAUSE** |
| v. | |
| WILLIAM P. BARR, Attorney General of the United States, *et al.* | |
| Defendants. | Hon. Yvonne Gonzalez Rogers |

1  Pursuant to the joint stipulation of the parties and good cause having been shown, the
2  deadline for the parties to respond to the Court's June 21, 2019 Order to Show Cause (Dkt. No.
3  301) shall be extended to August 23, 2019.
4  IT IS SO ORDERED.
5
6  Dated: _____ \_\_, 2019
   _____
   The Hon. Yvonne Gonzalez Rogers
7  United States District Judge