JOSEPH H. HUNT
  Assistant Attorney General
DAVID L. ANDERSON
  United States Attorney
ANTHONY J. COPPOLINO
  Deputy Branch Director
JULIA A. HEIMAN (Bar No. 241415)
  Senior Counsel
CHRISTOPHER HEALY
  Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
  P.O. Box 883
  Washington, D.C. 20044
  Telephone: (202) 616-8480
  Facsimile:  (202) 616-8470
  Email: Julia.Heiman@usdoj.gov
*Attorneys for Defendants*

MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
  lrubin@mayerbrown.com
SAMANTHA BOOTH (SBN 298852)
  sbooth@mayerbrown.com
  Two Palo Alto Square, Suite 300
  3000 El Camino Real
  Palo Alto, CA 94306-2112
  Telephone:   (650) 331-2000
  Facsimile:   (650) 331-2060
*Attorneys for Plaintiff Twitter, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States, *et al.* <br><br> Defendants. | Case No. 14-cv-4480-YGR <br><br> **[PROPOSED] ORDER RE JOINT STIPULATION TO EXTEND THE AUGUST 9, 2019 DEADLINE TO RESPOND TO THE COURT'S ORDER TO SHOW CAUSE** <br><br> Hon. Yvonne Gonzalez Rogers |

1  Pursuant to the joint stipulation of the parties and good cause having been shown, the
2  deadline for the parties to respond to the Court's June 21, 2019 Order to Show Cause (Dkt. No.
3  301) shall be extended to August 23, 2019.
4  IT IS SO ORDERED.

Dated: ___July 30___, 2019

_____
The Hon. Yvonne Gonzalez Rogers
United States District Judge