JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
JULIA A. HEIMAN
Senior Counsel
CHRISTOPHER HEALY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-8095
Facsimile: (202) 616-8470
Email: Christopher.Healy@usdoj.gov

*Attorneys for Defendants*

MAYER BROWN LLP
LEE H. RUBIN
lrubin@mayerbrown.com
SAMANTHA BOOTH
sbooth@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

*Attorneys for Plaintiff
Twitter, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States, *et al.*, | Case No. 14-cv-4480-YGR <br><br> **JOINT RESPONSE TO THE COURT'S JUNE 21, 2019 ORDER TO SHOW CAUSE** |

|  |  |
|---|---|
| Defendants. | ) Hon. Yvonne Gonzalez Rogers<br>)<br>)<br>) |

The Parties hereby respectfully respond jointly to the Court's June 21, 2019 Order to Show Cause, ECF No. 301. In that Order, the Court indicated that it was "inclined to reconsider" the Court's previous denial of the Government's Motion for Summary Judgment, ECF No. 172, issued July 6, 2017, based on information included in the classified declaration of Michael C. McGarrity, which had been submitted in support of the Government's March 2019 assertion of the state secrets privilege. *See* ECF No. 282. The Government submitted the McGarrity declaration in support of its assertion of the state secrets privilege over an earlier declaration, the classified declaration of Michael Steinbach, *See* ECF No. 144, which had been submitted to support the Government's 2016 motion for summary judgment on the merits of Plaintiff's claims, ECF No. 145.

Though the parties continue to disagree about the merits of the Government's state secrets privilege assertion, as well as the Government's 2016 summary judgment motion, the parties agree that the McGarrity declaration has not properly been submitted into evidence in this case for the purpose of resolving the merits of Twitter's claims. [1]  Accordingly, the Parties

---

[1] The McGarrity declaration's purpose was to support the Attorney General's assertion of the state secrets privilege over disclosure of the classified Steinbach Declaration to Plaintiff's counsel by providing information to the Court concerning the harms that the Government believes reasonably could be expected to result from the potential disclosure of the classified Steinbach declaration. Previously, the classified Steinbach declaration had been submitted in support of the Government's prior summary judgment motion to address the merits of Plaintiff's claims, in particular to set forth what the Government contends are the national security harms that would result from release of redacted information contained in Twitter's draft Transparency Report, at issue in this case. Thus, the McGarrity declaration was proffered in support of the privilege assertion and not to support the Government's position on the merits of the case. Accordingly, the classified McGarrity declaration should not be used to inform the Court's consideration Defendants' motion for summary judgment. Rather, new motions for summary judgment and supporting declarations are the appropriate course of action in response the Court's Order of June 21, 2019.

request that (a) the Government be afforded an opportunity to file a new motion for summary judgment, supported by a new declaration, which would incorporate, as appropriate, those aspects of the information proffered in the McGarrity declaration germane to the merits of the case, and (b) Twitter be afforded an opportunity to simultaneously oppose the Government's motion and cross-move for summary judgment, in accordance with Paragraph 9(e) of the Court's Standing Order in Civil Cases. Specifically, the parties request the following briefing schedule:

- September 27, 2019 – Defendants' Motion for Summary Judgment due;
- October 25, 2019 – Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Cross-Motion for Summary Judgment due;
- November 22, 2019 – Defendants' Reply In Support Of Summary Judgment and Opposition to Plaintiff's Cross-Motion for Summary Judgment due; and
- December 18, 2019 – Plaintiff's Reply In Support of Summary Judgment due.

The parties further request that the Court stay its consideration of Plaintiff's outstanding discovery motion, unless and until the Court denies the Parties' respective motions for summary judgment.

The Parties wish this case to proceed expeditiously to final judgment, and they believe that the above course of action is the proper method for the Court to reconsider the Defendants' request for summary judgment, and Plaintiff's cross-motion.

Dated: August 23, 2019           Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

ANTHONY J. COPPOLINO
Deputy Branch Director

    /s/
JULIA A. HEIMAN, Bar No. 241415
Senior Counsel

CHRISTOPHER HEALY
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Christopher.Healy@usdoj.gov
*Attorneys for Defendants*

Pursuant to General Order No. 45, I, Christopher Healy, attest that I obtained concurrence in the filing of this document from the following signatories.

Dated:  August 23, 2019                MAYER BROWN LLP

/s/ Lee H. Rubin
MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
SAMANTHA BOOTH (SBN 298852)
sbooth@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:     (650) 331-2000
Facsimile:     (650) 331-2060

*Attorneys for Plaintiff*
*Twitter, Inc*.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. 14-cv-4480-YGR <br><br> **[PROPOSED] ORDER SETTING RENEWED SUMMARY JUDGMENT BRIEFING SCHEDULE** |

Upon consideration of the parties' joint response to the Court's Order to Show Cause, it is hereby ORDERED that

- Defendants' Motion for Summary Judgement shall be due September 27, 2019;
- Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Cross-Motion for Summary Judgment shall be due October 25, 2019;
- Defendants' Reply In Support Of Summary Judgment and Opposition to Plaintiff's Cross-Motion for Summary Judgment shall be due November 22, 2019; and
- Plaintiff's Reply In Support of Summary Judgment shall be due December 18, 2019.

SO ORDERED.

Date: _____           _____
                                                                Hon. Yvonne Gonzalez Rogers
                                                                UNITED STATES DISTRICT JUDGE

*Twitter, Inc. v. Barr, et al.,* Case No. 14-cv-4480-YGR                                                                 5
[PROPOSED] Order Setting Renewed Summary Judgment Briefing Schedule