UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TWITTER, INC.**, <br>     Plaintiff, <br> v. <br> **WILLIAM P. BARR**, *ET AL.*, <br>     Defendants. | Case No. 14-cv-04480-YGR <br><br> **ORDER SETTING RENEWED SUMMARY JUDGMENT BRIEFING SCHEDULE; ADMINISTRATIVELY TERMINATING PENDING MOTIONS** <br><br> **DKT. NOS. 250, 257, 281** |

On June 21, 2019, the Court issued its Order To Show Cause Why This Court Should Not Reconsider Its Order Denying The Government's Motion For Summary Judgment in light of the new information submitted by the Government in the classified declaration of Michael C. McGarrity, in support of the Government's March 2019 assertion of the state secrets privilege. (Dkt. No. 301.)  The Court is in receipt of the parties' Joint Response to the Order to Show Cause, in which they have stipulated to proceed by way of cross-motions for summary judgment. (Dk.t No. 306.)

Based upon parties' joint response to the Court's Order to Show Cause, it is hereby ORDERED that:

- the Government's Motion for Summary Judgement shall be filed no later than **September 27, 2019**;
- Plaintiff's Opposition to the Government's Motion for Summary Judgment and Cross-Motion for Summary Judgment shall be filed no later than **October 25, 2019**;
- the Government's Reply in Support Of Summary Judgment and Opposition to Plaintiff's Cross-Motion for Summary Judgment shall be filed no later than **November 22, 2019**; and
- Plaintiff's Reply in Support of Summary Judgment shall be filed no later than **December 18, 2019**.

In light thereof, the following pending motions are **ADMINISTRATIVELY TERMINATED WITHOUT PREJUDICE** to re-noticing them should resolution of the above motions not moot the relief sought therein:

- Plaintiff's Motion for Counsel to Receive Access to Classified Steinbach Declaration Lodged with the Court on November 22, 2016 (Dkt. No. 250)
- Plaintiff's Administrative Motion to File Under Seal Exhibits F and G of the Rubin Declaration in Support of Plaintiff's Privilege Challenge Motion (Dkt. No. 257)
- the Government's MOTION that the Court Discharge the Order to Show Cause and Deny Plaintiffs Request for Access to the Classified Steinbach Declaration, or, in the Alternative, Motion to Dismiss in Light of the Attorney General's Assertion of the State Secrets Privilege (Dkt. No. 281).

**IT IS SO ORDERED.**

Dated: August 26, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**