UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TWITTER, INC.**,<br><br>               Plaintiff,<br><br>     v.<br><br>**WILLIAM P. BARR,** *ET AL.*,<br><br>               Defendants. | Case No.  14-cv-04480-YGR<br><br>**ORDER ADMINISTRATIVELY TERMINATING PENDING MOTION**<br><br>**DKT. NOS. 258** |

For the reasons set forth in the Court's August 26, 2019 Order, the pending motion at Docket No. 258, plaintiff's Motion Challenging Defendants' Privilege is **ADMINISTRATIVELY TERMINATED WITHOUT PREJUDICE** to re-noticing it should resolution of the cross-motions for summary judgment not moot the relief sought therein.

**IT IS SO ORDERED.**

Dated: August 27, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**