JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
JULIA A. HEIMAN
Senior Counsel
CHRISTOPHER HEALY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 616-8480
Facsimile:  (202) 616-8470
Email: julia.heiman@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. 14-cv-4480-YGR <br><br> **NOTICE OF LODGING OF CLASSIFIED DECLARATION OF JAY S. TABB, JR. FOR *EX PARTE*, *IN CAMERA* REVIEW** <br><br> Hon. Yvonne Gonzalez Rogers |

Defendants hereby provide notice that, on September 27, 2019, counsel for Defendants lodged for secure storage with the United States Department of Justice Litigation Security Group a classified declaration by Jay S. Tabb, Jr., Executive Assistant Director ("EAD") of the National

*Twitter, Inc. v. Barr, et al.,* Case No. 14-cv-4480-YGR                                                                 1
Notice of Lodging of Classified Declaration of
Jay S. Tabb, Jr. for *Ex Parte*, *In Camera* Review

Security Branch of the Federal Bureau of Investigation. This classified declaration, which can be made available to the Court by a Classified Information Security Officer for its review *ex parte*, *in camera*, was submitted in support of Defendants' Renewed Motion for Summary Judgment, ECF No. 309 (Defendants' Motion), and will provide the Court further explanation of the serious national security harm that reasonably could be expected to result from Plaintiff's proposed disclosure. To the extent possible consistent with national security, an unclassified version of EAD Tabb's declaration was filed on the public docket, as Exhibit 1 to Defendants' Motion.

Dated: September 27, 2019			Respectfully submitted,


JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

ANTHONY J. COPPOLINO
Deputy Branch Director

        /s/ Julia A. Heiman
JULIA A. HEIMAN, Bar No. 241415
Senior Counsel
CHRISTOPHER HEALY
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
julia.heiman@usdoj.gov
*Attorneys for Defendants*

*Twitter, Inc. v. Barr, et al.,* Case No. 14-cv-4480-YGR
Notice of Lodging of Classified Declaration of
Jay S. Tabb, Jr. for *Ex Parte*, *In Camera* Review

2