JOSEPH H. HUNT
  Assistant Attorney General
DAVID L. ANDERSON
  United States Attorney
ANTHONY J. COPPOLINO
  Deputy Branch Director
JULIA A. HEIMAN (Bar No. 241415)
  Senior Counsel
CHRISTOPHER HEALY
  Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
  P.O. Box 883
  Washington, D.C. 20044
  Telephone: (202) 616-8480
  Facsimile:  (202) 616-8470
  Email: Julia.Heiman@usdoj.gov
*Attorneys for Defendants*

MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
  lrubin@mayerbrown.com
SAMANTHA BOOTH (SBN 298852)
  sbooth@mayerbrown.com
  Two Palo Alto Square, Suite 300
  3000 El Camino Real
  Palo Alto, CA 94306-2112
  Telephone:   (650) 331-2000
  Facsimile:   (650) 331-2060
*Attorneys for Plaintiff Twitter, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States, *et al.* <br><br> Defendants. | Case No. 14-cv-4480-YGR <br><br> **JOINT STIPULATED REQUEST TO EXCEED PAGE LIMITATIONS FOR BRIEFING IN SUPPORT OF THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT** <br><br> Hon. Yvonne Gonzalez Rogers |

1    Pursuant to Local Rule 7-11, Twitter, Inc. and Defendants William P. Barr, the United
2 States Department of Justice, Christopher Wray, and the Federal Bureau of Investigation
3 (collectively, "Defendants"), by and through their respective counsel of record, stipulate as
4 follows.

5    WHEREAS:

6    1.    On November 22, 2019, Defendants filed a 25-page brief, which combined their
7 reply in support of their renewed motion for summary judgment and their opposition to Twitter's
8 cross-motion for summary judgment.  Dkt. No. 321.  In submitting this brief, Defendants relied
9 on Local Rule 7-3, which provides 25 pages for an opposition brief.

10    2.    On November 27, 2019, Twitter notified Defendants that, under Rule 9(e) of the
11 Court's Standing Order, the default page limit for a reply in support of a party's motion for
12 summary judgment, even where that reply also opposes a cross-motion, is fifteen (15) pages.
13 Defendants regret that they were previously unaware of this limitation, and respectfully request
14 that the Court extend the page limitation for their submission to 25 pages, *nunc pro tunc*.

15    3.    Also on November 29, 2019, the Government agreed to stipulate to Twitter's
16 request that it likewise receive an additional ten (10) pages for its reply in support of its cross-
17 motion for summary judgment and in opposition to Defendants' renewed motion for summary
18 judgment, for a total of twenty-five (25) pages for the reply brief.  With these additional pages,
19 Twitter, like Defendants, will have a combined 50 available pages for all briefing related to
20 Defendants' motion for summary judgment and Twitter's cross-motion for summary judgment.

21    4.    Twitter's request is warranted in order to give both sides an equal number of
22 pages in which to support their respective cross-motions.  It is also justified by the complexity of
23 this case and the constitutional issues at stake.

24    5.    A proposed order on the parties' joint stipulation is attached hereto.

25 NOW, THEREFORE, THE PARTIES JOINTLY STIPULATE AS FOLLOWS:

26    The page limit for Defendants' combined opposition to Twitter's cross-motion and reply
27 in support of their renewed motion for summary judgment shall be increased by ten (10) pages,

28                                                           2

*nunc pro tunc*. The page limit for Twitter's reply in support of its cross-motion for summary judgment shall likewise be increased by ten (10) pages.

Agreed to and submitted by:
Dated:  December 3, 2019                    MAYER BROWN LLP

/s/ Lee H. Rubin
MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
SAMANTHA BOOTH (SBN 298852)
sbooth@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:     (650) 331-2000
Facsimile:      (650) 331-2060

*ATTORNEYS FOR PLAINTIFF*
TWITTER, INC.

Pursuant to General Order No. 45, I, Lee H. Rubin, attest that I obtained concurrence in the filing of this document from the following signatories.

Dated:  December 3, 2019                    JOSEPH H. HUNT
  Assistant Attorney General
DAVID L. ANDERSON
  United States Attorney
ANTHONY J. COPPOLINO
  Deputy Branch Director
JULIA A. HEIMAN (Bar No. 241415)
  Senior Counsel
CHRISTOPHER HEALY
  Trial Attorney


   */s/* Julia A. Heiman
JULIA A. HEIMAN, Bar No. 241415
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Julia.Heiman@usdoj.gov

*Attorneys for Defendants*

3

JOINT STIPULATED REQUEST TO EXCEED PAGE LIMITATIONS;
Case No. 14-cv-4480-YGR

1  JOSEPH H. HUNT
     Assistant Attorney General
2  DAVID L. ANDERSON
     United States Attorney
3  ANTHONY J. COPPOLINO
     Deputy Branch Director
4  JULIA A. HEIMAN (Bar No. 241415)
     Senior Counsel
5  CHRISTOPHER HEALY
     Trial Attorney
6  United States Department of Justice
   Civil Division, Federal Programs Branch
7    P.O. Box 883
     Washington, D.C. 20044
8    Telephone: (202) 616-8480
     Facsimile:  (202) 616-8470
9    Email: Julia.Heiman@usdoj.gov
   *Attorneys for Defendants*

MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
  lrubin@mayerbrown.com
SAMANTHA BOOTH (SBN 298852)
  sbooth@mayerbrown.com
  Two Palo Alto Square, Suite 300
  3000 El Camino Real
  Palo Alto, CA 94306-2112
  Telephone:   (650) 331-2000
  Facsimile:   (650) 331-2060
*Attorneys for Plaintiff Twitter, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States, *et al.* <br><br> Defendants. | Case No. 14-cv-4480-YGR <br><br> **[PROPOSED] ORDER RE JOINT STIPULATED REQUEST TO EXCEED PAGE LIMITATIONS FOR BRIEFING IN SUPPORT OF THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT** <br><br> Hon. Yvonne Gonzalez Rogers |

1    Pursuant to the joint stipulation of the parties and good cause having been shown, the
2  parties' stipulated request that both parties be given a total of fifty (50) available pages for all
3  briefing related to their cross-motions for summary judgment is hereby GRANTED.
4  Accordingly:

   1. The page limit for Defendants' combined opposition to Twitter's cross-motion and reply
      in support of their renewed motion for summary judgment shall be increased by ten (10)
      pages, *nunc pro tunc*.
   2. The page limit for Twitter's reply in support of its cross-motion for summary judgment
      shall likewise be increased by ten (10) pages.

   IT IS SO ORDERED.

Dated:  December ____, 2019

                                          _____
                                          The Hon. Yvonne Gonzalez Rogers
                                          United States District Judge