JOSEPH H. HUNT
  Assistant Attorney General
DAVID L. ANDERSON
  United States Attorney
ANTHONY J. COPPOLINO
  Deputy Branch Director
JULIA A. HEIMAN (Bar No. 241415)
  Senior Counsel
CHRISTOPHER HEALY
  Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
  P.O. Box 883
  Washington, D.C. 20044
  Telephone: (202) 616-8480
  Facsimile:  (202) 616-8470
  Email: Julia.Heiman@usdoj.gov
*Attorneys for Defendants*

MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
  lrubin@mayerbrown.com
SAMANTHA BOOTH (SBN 298852)
  sbooth@mayerbrown.com
  Two Palo Alto Square, Suite 300
  3000 El Camino Real
  Palo Alto, CA 94306-2112
  Telephone:   (650) 331-2000
  Facsimile:   (650) 331-2060
*Attorneys for Plaintiff Twitter, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States, *et al.* <br><br> Defendants. | Case No. 14-cv-4480-YGR <br><br> **[PROPOSED] ORDER RE JOINT STIPULATED REQUEST TO EXCEED PAGE LIMITATIONS FOR BRIEFING IN SUPPORT OF THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT** <br><br> Hon. Yvonne Gonzalez Rogers |

Pursuant to the joint stipulation of the parties and good cause having been shown, the parties' stipulated request that both parties be given a total of fifty (50) available pages for all briefing related to their cross-motions for summary judgment is hereby GRANTED. Accordingly:

1. The page limit for Defendants' combined opposition to Twitter's cross-motion and reply in support of their renewed motion for summary judgment shall be increased by ten (10) pages, *nunc pro tunc*.

2. The page limit for Twitter's reply in support of its cross-motion for summary judgment shall likewise be increased by ten (10) pages.

IT IS SO ORDERED.

Dated: December __5__, 2019

The Hon. Yvonne Gonzalez Rogers
United States District Judge