JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
ANTHONY J. COPPOLINO
Deputy Branch Director
JULIA A. HEIMAN
Senior Counsel
CHRISTOPHER HEALY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

  P.O. Box 883
  Washington, D.C.  20044
  Telephone:  (202) 616-8480
  Facsimile:  (202) 616-8470
  Email: julia.heiman@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWITTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM P. BARR, United States Attorney General, *et al.*, <br><br> Defendants. | Case No. 14-cv-4480-YGR <br><br> **ORDER GRANTING MOTION TO SEAL** <br><br> **Dkt. No. 316** |

The Court having considered the Plaintiff's Administrative Motion to File Under Seal Exhibits 6–10 of the Rubin Declaration (Dkt. No. 316), and the supporting Declaration of Julia A. Heiman Submitted Pursuant to Local Rule Civil Rule 79-5(E) (Dkt. No. 317),

and compelling reasons having been shown, plaintiff's Motion to Seal is GRANTED as follows:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| FBI employee name identified for protection in Exhibit 9, page 14CV4480TW001814 | Heiman Declaration ¶¶ 6–9 | GRANTED |
| FBI employee names identified for protection in Exhibit 10, page 14CV4480TW001718 | Heiman Declaration ¶¶ 6–9 | GRANTED |
| Communication from third party provider to FBI identified for protection in Exhibit 10, page 14CV4480TW001719 | Heiman Declaration ¶¶ 12–13 | GRANTED |
| Mobile telephone number of third party identified for protection in Exhibit 10, page 14CV4480TW001719 | Heiman Declaration ¶¶ 10–11 | GRANTED |
| FBI employee name identified for protection in Exhibit 10, page 14CV4480TW001811 | Heiman Declaration ¶¶ 6–9 | GRANTED |

**IT IS SO ORDERED**.

This terminates Docket No. 316.

Dated:   April 17, 2020

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE