UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TWITTER, INC.**,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**WILLIAM P. BARR,** *ET AL.*,<br><br>　　　　　Defendants. | Case No. 14-cv-4480-YGR<br><br>**JUDGMENT**<br>Re: Dkt. No. 46 |

Pursuant to the Order Granting Government's Motion for Summary Judgment; Denying Twitter's Cross-Motion for Summary Judgment, entered this date, it is **ORDERED** that judgment is entered in favor of defendants William P. Barr, et. al. and against plaintiff Twitter, Inc.  Plaintiff shall obtain no relief by way of its complaint.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: April 17, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE