**MAYER BROWN LLP**
ANDREW JOHN PINCUS (*Pro Hac Vice*)
apincus@mayerbrown.com
1999 K Street, NW
Washington, DC 20006
Tel: (202) 263-3220 / Fax: (202) 263-3300

**MAYER BROWN LLP**
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
SAMANTHA C. BOOTH (SBN 298852)
sbooth@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Tel: (650) 331-2000 / Fax: (650) 331-2060

*Attorneys for Plaintiff Twitter, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TWITTER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM P. BARR, United States Attorney General; UNITED STATES DEPARTMENT OF JUSTICE; CHRISTOPHER WRAY, Director of the Federal Bureau of Investigation; FEDERAL BUREAU OF INVESTIGATION<br><br>Defendants. | Case No. 14-cv-4480-YGR<br><br>**NOTICE OF APPEAL**<br><br>Judge: Hon. Gonzalez-Rogers |

| | |
|---|---|
| 1 | **NOTICE OF APPEAL** |
| 2 | Notice is hereby given pursuant to Federal Rule of Appellate Procedure 3, that Plaintiff |
| 3 | Twitter, Inc. hereby appeals to the United States Court of Appeals for the Ninth Circuit from the |
| 4 | Court's final judgment and order dated April 17, 2020 (Dkt. Nos. 328, 330), granting the |
| 5 | Government's Motion for Summary Judgment and Denying Twitter's Cross-Motion for Summary |
| 6 | Judgment and associated motions. |
| 7 | In accordance with Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3- |
| 8 | 2(b), a Representation Statement is attached as Exhibit 1. |

Dated:  June 15, 2020

MAYER BROWN LLP

/s/ Lee H. Rubin
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
SAMANTHA C. BOOTH (SBN 298852)
sbooth@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:	(650) 331-2000
Facsimile:	(650) 331-2060

*Attorneys for Plaintiff Twitter, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 1

**EXHIBIT 1**

**REPRESENTATION STATEMENT**

Pursuant to Ninth Circuit Rule 3-2(b), the following is a list of all parties to this action, along with the names, addresses, and telephone numbers of their respective counsel of record.

**Plaintiff-Appellant Twitter, Inc.** is represented by:

> MAYER BROWN LLP
> ANDREW JOHN PINCUS (*Pro Hac Vice*)
> apincus@mayerbrown.com
> 1999 K Street, NW
> Washington, DC 20006
> Tel: (202) 263-3220 / Fax: (202) 263-3300
>
> LEE H. RUBIN (SBN 141331)
> lrubin@mayerbrown.com
> DONALD M. FALK (SBN 150256)
> dfalk@mayerbrown.com
> SAMANTHA C. BOOTH (SBN 298852)
> sbooth@mayerbrown.com
> Two Palo Alto Square, Suite 300
> 3000 El Camino Real
> Palo Alto, CA 94306-2112
> Tel: (650) 331-2000 / Fax: (650) 331-2060

**Defendants-Appellees William P. Barr**, United States Attorney General; **the United States Department of Justice**; **the Federal Bureau Of Investigation**; and **Christopher Wray,** Director of the Federal Bureau of Investigation, are represented by:

> JOSEPH H. HUNT, Assistant Attorney General
> DAVID L. ANDERSON, United States Attorney
> ANTHONY J. COPPOLINO, Deputy Branch Director
> JULIA A. HEIMAN, Senior Counsel
> CHRISTOPHER R. HEALY, Trial Attorney
> United States Department of Justice
> Civil Division, Federal Programs Branch
> P.O. Box 883
> Washington, DC 20044
> Telephone: (202) 616-8480
> Facsimile:   (202) 616-8470
> Email: julia.heiman@usdoj.gov

Date:  June 15, 2020                             Respectfully submitted,

                                                 /s/ Lee H. Rubin
                                                 Lee H. Rubin