1  **MAYER BROWN LLP**
   ANDREW JOHN PINCUS (*Pro Hac Vice*)
2  apincus@mayerbrown.com
   1999 K Street, NW
3  Washington, DC 20006
   Tel: (202) 263-3220 / Fax: (202) 263-3300
4
   **MAYER BROWN LLP**
5  LEE H. RUBIN (SBN 141331)
   lrubin@mayerbrown.com
6  DONALD M. FALK (SBN 150256)
   dfalk@mayerbrown.com
7  SAMANTHA C. BOOTH (SBN 298852)
   sbooth@mayerbrown.com
8  Two Palo Alto Square, Suite 300
   3000 El Camino Real
9  Palo Alto, CA 94306-2112
   Tel: (650) 331-2000 / Fax: (650) 331-2060
10
   *Attorneys for Plaintiff Twitter, Inc.*
11
                  **UNITED STATES DISTRICT COURT**
12
                  **NORTHERN DISTRICT OF CALIFORNIA**
13
                              **OAKLAND DIVISION**
14

| | |
|---|---|
| TWITTER, INC., | Case No. 14-cv-4480-YGR |
| Plaintiff, | **TWITTER, INC.'S CERTIFICATE REGARDING TRANSCRIPT** |
| v. | Judge: Hon. Gonzalez-Rogers |
| WILLIAM P. BARR, United States Attorney General; UNITED STATES DEPARTMENT OF JUSTICE; CHRISTOPHER WRAY, Director of the Federal Bureau of Investigation; FEDERAL BUREAU OF INVESTIGATION | |
| Defendants. | |

## **CERTIFICATE**

Pursuant to Federal Rule of Appellate Procedure 10(b)(1)(B) and Circuit Rule 10-3.1(a), Twitter, Inc. states that no transcript of proceedings will be ordered in Twitter's appeal of the above-referenced matter because the Court did not hold a hearing on the parties' cross-motions for summary judgment. Any other transcripts in this case on which Twitter may rely are already part of the district court record and available via PACER.

Dated: July 15, 2020

MAYER BROWN LLP

/s/ Lee H. Rubin
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
SAMANTHA C. BOOTH (SBN 298852)
sbooth@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:    (650) 331-2000
Facsimile:    (650) 331-2060

*Attorneys for Plaintiff Twitter, Inc.*

1

TWITTER'S CERTIFICATE REGARDING TRANSCRIPT
Case No. 14-cv-4480-YGR