FILED

UNITED STATES COURT OF APPEALS

OCT 20 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TWITTER, INC., | No.   20-16174 |
| Plaintiff-Appellant, | D.C. No. 4:14-cv-04480-YGR |
| v. | Northern District of California, Oakland |
| WILLIAM P. BARR, Attorney General; UNITED STATES DEPARTMENT OF JUSTICE; CHRISTOPHER WRAY, Director of the Federal Bureau of Investigation; FEDERAL BUREAU OF INVESTIGATION, | ORDER |
| Defendants-Appellees. | |

Before:  Peter L. Shaw, Appellate Commissioner

At Docket Entry No. 11, appellant Twitter, Inc. submitted Volume 6 of the

excerpts of record provisionally under seal, accompanied by a notice of intent to

publicly file Volume 6 pursuant to Ninth Circuit Rule 27-13(f).

The government's unopposed motion to maintain the seal in part (Docket

Entry No. 16) is granted.

Within 7 days after the filing date of this order, appellant Twitter, Inc. shall

submit for public filing a redacted version of Volume 6 that contains unredacted

MH/Appellate Commissioner

versions of Exhibits 6 through 8 in their entirety and redacted versions of Exhibits 9 and 10, and corresponds to the publicly releasable versions of the documents submitted by the government at district court docket entry no. 317-1 and at Tab D to its motion.  The redacted version of Volume 6 shall include the word "REDACTED" on the cover and/or first page of the document.

The Clerk shall publicly file the notice of intent to unseal, the motion to maintain the seal, the opening brief, Volumes 1 through 5 of the excerpts of record, and the redacted version of Volume 6, and shall maintain under seal the unredacted version of Volume 6.

The existing briefing schedule remains in effect.